FILED

2019 JUN 19  PM 2:38

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <u>SUPERSEDING INDICTMENT</u> |
| | ) |
| Plaintiff, | ) JUDGE SARA LIOI |
| | ) |
| v. | ) CASE NO. <u>1:19CR184</u> |
| | )     Title 21, United States Code, |
| CESAR FRANCISCO MELENDEZ-PEREZ, | )     Sections 841(a)(1), (b)(1)(A), |
|   aka BEBO, | )     (b)(1)(B), (b)(1)(C), 843(b) and |
| ERICK YAMIL JIMINEZ-RODRIGUEZ, | )     846; Title 18, United States Code, |
|   aka ABEL, | )     Sections 922(g)(1), and |
| XAVIER ROBLES-CRUZ, | )     924(c)(1)(A) |
|   aka FEO, | ) |
| FREDDIE SANCHEZ, | ) |
| RAMON FELICIANO-MONTANEZ, | ) |
|   aka MON, | ) |
| PRINCETON LEE EDWARDS, | ) |
|  aka PRINCE, | ) |
| ANTHONY MALIK WASHINGTON, | ) |
|  aka WAX, | ) |
| JOHN THOMAS MASSEY-LOVEJOY, | ) |
|   aka FAT JOHN, | ) |
| CHRISTOPHER ANTHONY KOVACH, | ) |
| JONAS ISRAEL PAGAN, | ) |
| JAMIE JUNIOR PAGAN, | ) |
| THOMAS M. PARKER, | ) |
| RICKY DALTON LONDO, | ) |
| BRYCE A. BABICS, | ) |
| TOBY CLIFTON LEWIS, | ) |
| | ) |
|     Defendants. | ) |
| | ) |

<u>COUNT 1</u>
(Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl, Heroin, and Cocaine,
21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A), (b)(1)(B) and (b)(1)(C))

The Grand Jury charges:

1.      In or around January 2018, and continuing through in and around June 2019, the exact dates to the Grand Jury unknown, in the Northern District of Ohio, Eastern Division, and elsewhere, DEFENDANTS CESAR FRANCISCO MELENDEZ-PEREZ, aka BEBO, ERICK YAMIL JIMINEZ-RODRIGUEZ, aka ABEL, XAVIER ROBLES-CRUZ, aka FEO, FREDDIE SANCHEZ, RAMON FELICIANO-MONTANEZ, aka MON, PRINCETON LEE EDWARDS, aka PRINCE, ANTHONY MALIK WASHINGTON, aka WAX, JOHN THOMAS MASSEY-LOVEJOY, aka FAT JOHN, CHRISTOPHER ANTHONY KOVACH, JONAS ISRAEL PAGAN, JAMIE JUNIOR PAGAN, THOMAS M. PARKER, RICKY DALTON LONDO, BRYCE A. BABICS, TOBY CLIFTON LEWIS did knowingly and intentionally combine, conspire, confederate, and agree together and with each other, and with diverse others known and unknown to the Grand Jury, to distribute and possess with the intent to distribute, at least 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance; 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance; 28 grams or more of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance; and 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), (b)(1)(B), and (b)(1)(C).

<u>MANNER AND MEANS OF THE CONSPIRACY</u>

2.      It was part of the conspiracy that:

        A.      The co-conspirators obtained fentanyl, heroin, and cocaine from suppliers

in the Lorain, Ohio, and Cleveland, Ohio, areas and elsewhere, which they then redistributed in the area around Lorain, Ohio.

B.      It was further part of the conspiracy that, MELENDEZ-PEREZ, ROBLES-CRUZ, and JIMINEZ-RODRIGUEZ, worked together to further their drug trafficking operation and purchased large quantities of heroin/fentanyl and cocaine, which they distributed to other narcotics traffickers in Lorain, Ohio, Cleveland, Ohio, Pennsylvania, and Arkansas.

C.      It was further part of the conspiracy that FELICIANO-MONTANEZ, EDWARDS, SANCHEZ, and KOVACH obtained large quantities of heroin/fentanyl and cocaine from MELENDEZ-PEREZ, and others in Lorain, Ohio, which they redistributed in the area around Lorain, Ohio.

D.      It was further part of the conspiracy that FELICIANO-MONTANEZ, and LEE EDWARDS, distributed heroin/fentanyl and cocaine to other traffickers in Lorain, Ohio, and elsewhere, including MASSEY-LOVEJOY, WASHINGTON, BABICS, and LEWIS.

E.      It was further part of the conspiracy that MASSEY-LOVEJOY distributed the heroin/fentanyl and cocaine to other traffickers in Lorain, Ohio, and elsewhere, including PARKER, JONAS ISRAEL PAGAN, JAMIE JUNIOR PAGAN, and LONDO.

F.      It was further part of the conspiracy that co-conspirators cooked the cocaine into cocaine base ("crack") for further distribution to local drug customers in Lorain, Ohio and elsewhere.

G.      It was further part of the conspiracy that the co-conspirators conducted counter-surveillance of law enforcement and shared information with each other about law enforcement presence.

H.      It was further part of the conspiracy that the co-conspirators conducted drug trafficking activity by using cellular telephones to make and receive telephone calls and to

send and receive text or other electronic messages.  To reduce the risk of being detected by law enforcement, and to conceal the identity of the person using the device, co-conspirators often used cellular telephones that had been obtained in the names of other persons or in fictitious names.  It was further part of the conspiracy that the co-conspirators, when using cellular phones or text messaging to conduct drug trafficking activity, used slang terms, street terminology, or code words or phrases to obscure and to disguise the true nature of their activities and the true meaning of their conversations.

I.      It was further part of the conspiracy that FELICIANO-MONTANEZ, MELENDEZ-PEREZ, and LEWIS possessed firearms or other weapons to protect their drug trafficking activities.

<u>ACTS IN FURTHERANCE OF THE CONSPIRACY</u>

3.      In furtherance thereof, and to affect the goals and conceal the existence of the conspiracy, the defendants and others performed acts in  furtherance of the conspiracy in the Northern District of Ohio and elsewhere, including, but not limited to the following:

4.      On August 8, 2018, a person cooperating with law enforcement [hereinafter referred to as "Source 3"] met FELICIANO-MONTANEZ in the area of Midway Mall, Elyria, Ohio.  During the meeting, FELICIANO-MONTANEZ sold Source 3 .06 grams of fentanyl for $60.

5.      On September 19, 2018, at approximately 5:00 p.m., a person cooperating with law enforcement [hereinafter referred to as "Source 1"] met MASSEY-LOVEJOY in the area of the 2300 block of E. 42nd Street, Lorain, Ohio.  During the meeting, MASSEY-LOVEJOY sold Source 1 14.9 grams of a mixture containing heroin and fentanyl for $1,125.00.

6.      On October 1, 2018, at approximately 5:25 p.m., Source 1 met MASSEY-LOVEJOY in the area of the 2300 block of E. 42nd Street, Lorain, Ohio.  During the meeting,

MASSEY-LOVEJOY sold Source 1 31.9 grams of a mixture containing heroin and fentanyl for $2,400.00.

7.  On November 6, 2018, at approximately 10:09 p.m., MASSEY-LOVEJOY received a call from JAMIE JUNIOR PAGAN on the telephone. During the call, MASSEY-LOVEJOY said, "Yo." JAMIE JUNIOR PAGAN stated, "Hey, what's goodie?" MASSEY-LOVEJOY asked, "What's good?" JAMIE JUNIOR PAGAN said, "Hey, are you straight on the Southside?" MASSEY-LOVEJOY replied, "Yeah." JAMIE JUNIOR PAGAN asked, "Uh, what are you charging for one?" MASSEY-LOVEJOY stated, "Um, s**t I probably don't have that much left, I put it all in today. I've been cooking that s**t up." JAMIE JUNIOR PAGAN said, "Uh, no I mean just like a G [gram]." MASSEY-LOVEJOY replied, "Oh, uh forty [$40]." JAMIE JUNIOR PAGAN said, "Alright, where you at?" MASSEY-LOVEJOY stated, "Uh, coming up two fifty-four past Maple Inn." JAMIE JUNIOR PAGAN said, "Alright, bet, 'cause I'm over here right now about to pass where Woody used to be up at. Uh, I got to go real quick on Gary somewhere, but I can meet you somewhere if you want." MASSEY-LOVEJOY said, "Um, that's cool, uh, s**t, just, ah . . . " JAMIE JUNIOR PAGAN said, "If you home, we can meet right we can meet right in front of Aces too, "cause my phone's about to die, so if it does I can just pull up and wait for you there." MASSEY-LOVEJOY said, "Alright that's cool, I'll be, I'll be waiting in front of there." JAMIE JUNIOR PAGAN replied, "Alright, bet, bro." MASSEY-LOVEJOY replied, "Alright."

8.  On November 8, 2018, at approximately 9:53 p.m., MASSEY-LOVEJOY received a call from PARKER on the telephone. During the call, MASSEY-LOVEJOY stated, "Yo." PARKER said, "Hey, I forgot some, um . . . so basically, it's that twenty five . . . um, like, what is it, like six and a half [6.5 grams of drugs]." MASSEY-LOVEJOY responded, "Basically." PARKER replied, "75 with the thing, right?" MASSEY-LOVEJOY said, "Yeah."

PARKER said, "Then take a G [gram] off, so I owe you for 6 and a half [6.5 grams]." MASSEY-LOVEJOY said, "Alright."  PARKER said, "Good looking out bro."  MASSEY-LOVEJOY said, "Alright."  PARKER said, "Yup."

9.      On November 8, 2018, at approximately 10:01 p.m., MASSEY-LOVEJOY called PARKER on the telephone.  During the call, PARKER answered, "Yeah." MASSEY-LOVEJOY stated, "I'll just bring the other half tomorrow, that way we be even."  PARKER asked, "What, make it a solid 8 [grams]?  Huh?" MASSEY-LOVEJOY replied, "Two hundred [$200] to the 8 [grams]. That's cool."  PARKER replied, "Alright."  MASSEY-LOVEJOY replied, "Alright, good look."

10.      On November 10, 2018, at approximately 4:23 p.m., MASSEY-LOVEJOY received a call from PARKER on the telephone.  During the call, MASSEY-LOVEJOY answered, "Yo."  PARKER asked, "What up?  What up?  Within the hour bro, uh . . ." MASSEY-LOVEJOY replied, "Alright."  PARKER asked, "You about to be ready?" MASSEY-LOVEJOY answered, "Yeah."  PARKER said, "Alright, cool.  What was . . . uh, s**t, you never did tell me the ticket [price] on these.  You said you'd give me a deal if . . . hitting as much.  What up?" MASSEY-LOVEJOY replied, "To you, I'll see . . . I'll text it to you."  PARKER said, "Ok, ok, that what's up.  Alright bro, uh, just expect me within the hour, bro, 'cause I'm barely even got s**t [drugs] left." MASSEY-LOVEJOY said, "Alright."  PARKER replied, "Alright."  After the conversation, MASSEY-LOVEJOY texted PARKER, "520 [$520]."

11.      On November 11, 2018, at approximately 6:47 p.m., MASSEY-LOVEJOY received an incoming text message from PARKER which stated, "My fault for blowing you up bro, got at least three hundred [$300] waiting on me when I touch so I was just getting anxious."

12.      On November 13, 2018, at approximately 9:42 p.m., MASSEY-LOVEJOY placed a call to LONDO using D.M.'s [a person known the Grand Jury, but not charged herein]

telephone.  During the call, LONDO stated, "Hello."  MASSEY-LOVEJOY asked, "What you . .

. what's he trying to do?"  LONDO said, "He [D.M.] wanted a forty [$40 worth of drugs].  Forty

and I just want . . . I want a half [$50 worth of drugs]."  D.M. in the background stated, "Tell him

[MASSEY-LOVEJOY] to let me get the G [one gram of drugs].  Down forty."  LONDO was

overheard speaking with D.M., "He [MASSEY-LOVEJOY] can't, forty-five."  D.M. stated in the

background, "I got forty-five [$45]."  LONDO stated to LOVEJOY, "He [D.M.] says he wants a

G [gram]."  MASSEY-LOVEJOY said, "That wasn't . . . but I'll do it, man, that wasn't the deal,

but I got you."  LONDO asked, "Yo, how much was it?  How much was the G [gram of drugs]?"

MASSEY-LOVEJOY said, "S**t bro, you are not even buying a bally [3.5 grams of drugs] bro'.

You bought one bally from me my ni**a, if you are buying ballies, I'll charge you forty-five a G

[$45 per gram].  I got your G bro', just come up."  LONDO said, "Alright, uh . . . I'm pulling

up."  LOVEJOY said, "Alright, tell him I got it."  LONDO said, "Alright."  MASSEY-LOVEJOY

said, "Alright."

13.     On November 13, 2018, at approximately 11:48 a.m., LONDO and D.M. arrived

at MASSEY-LOVEJOY's residence.   During the meeting, MASSEY-LOVEJOY approached

their vehicle and conducted a drug transaction.

14.     On November 13, 2018, at approximately 2:31 p.m., MASSEY-LOVEJOY

received a call from LONDO on the telephone.   MASSEY-LOVEJOY answered, "Hello?"

LONDO asked, "What's up?"  MASSEY-LOVEJOY said, "Hey, bro', you know what you gave

me, right?"  LONDO asked, "Huh?"  MASSEY-LOVEJOY asked, "You know what you gave

me, right?"  LONDO asked, "What do you mean?"  MASSEY-LOVEJOY said, "You didn't give

me all the money."  LONDO said, "Yeah, it was . . .  it's all [D.M.]'s money."  MASSEY-

LOVEJOY said, "Yeah, alright, well, he . . . then he shorted you, though. 'Cause you didn't give

. . . you didn't . . . he didn't . . . or you didn't give me forty [$40] or forty-five [$45]."  LONDO

7

said, "Well, how much?  How much is it . . . short?"  MASSEY-LOVEJOY said, "There's twenty

[$20], forty [$40], sixty [$60]."  LONDO said, "Yeah, but . . ."MASSEY-LOVEJOY said,

"Yeah."  LONDO replied, "He . . . he just handed . . . he just handed me the money and I counted

. . . I . . . and then I, I . . . he pulled the money out of his pocket.  It was all his money."

MASSEY-LOVEJOY said, "Yeah, that's . . . it was only seventy [$70] dollars here, bro'."

LONDO said, "Alright, well, just . . . yeah, just call him and say, that s**t . . . that . . . that was

short.  But, he'll give it to you.  It was all his money.  He wanted me, he, he, he told me to call

you, like, 'cause I told him I need some s**t, I had no money.  And he's like, 'alright, well, call

'em, I got you.'  Like, it was all his money, I know . . . yeah, he'll . . . he'll pay it.  He . . . you

just got to call him, let him know.  I didn't know."  MASSEY-LOVEJOY said, "Alright."

LONDO replied, "Yeah, it's not . . . hey, I . . . I didn't know, bro'.  Yeah, he'll pay you though,

just call him and say that s**t was short give me all the money."  MASSEY-LOVEJOY said,

"Alright."  LONDO replied, "Alright?  Hey, uh, are you at the crib?"  MASSEY-LOVEJOY said,

"What's up?"  LONDO asked, "You at the crib?"  MASSEY-LOVEJOY replied, "Yeah."

LONDO asked, "You don't got no whip [car]?"  MASSEY-LOVEJOY replied, "No, I ain't

driving.  I'm watching my son."  LONDO said, "I'm trying to get a . . . a thirty [$30 worth of

drugs] . . . huh?"  MASSEY-LOVEJOY asked, "You say what?"  LONDO said, "He let me

borrow a few bucks.  He . . . he . . . yeah, like . . . that s**t . . . he'll give you the twenty bucks.

Was it short twenty [$20]?"  MASSEY-LOVEJOY replied, "Yeah."  LONDO said, "Yeah, he'll

give you the twenty bucks.  He must of just accidentally not pulled it all out, you know I'm

saying?  He . . . he. . ."  MASSEY-LOVEJOY replied, "Yeah, but if it's coming from me, he

gonna think I'm on some bulls**t, bro'.  Like . . . he just called me with that same bulls**t,

talking 'bout my s**t [drugs] ain't all that good, his better.  And he can plug me in with a

connect [supplier] and all this other s**t.  Like, uh, bro', I don't need nobody else's people.

8

Like, I understand . . . like it . . . yeah, he called me talking 'bout some . . . like trying to give him the, you know, oh, I ain't putting your stuff down or nothing but.  Like, dude, like, you know, there's a million people who I'm dealing with who think my s**t [heroin/fentanyl] is great, like, you know, like, s**t."  LONDO said, "He wants to f**k [buy drugs] with you, dude. He wants to.  He told me he likes it, he wants to f**k [buy drugs] with you."  MASSEY-LOVEJOY said, "Nah, bro'.  If I got some good . . ."  LONDO stated, "I think all he's saying . . ."  MASSEY-LOVEJOY asked, "Do, if I could get good dope and it's cheaper than . . . you feel me?  Like, the be . . . the other dope that I've given you and if it's good, I'm gonna save myself some money, so . . . "  LONDO said, "No, he's paying . . . " MASSEY-LOVEJOY said, "I . . . " LONDO said, "More, he's paying like . . ."  MASSEY-LOVEJOY replied, "I know."  LONDO said, "Eighty [$80] a G [gram of heroin/fentanyl].  MASSEY-LOVEJOY said, "But what I'm saying is this, though, if he's saying that my dope [heroin/fentanyl] is this . . ."  LONDO said, "Uh, huh."  MASSEY-LOVEJOY said, "You feel me, and it's cheaper than what he's paying . . ." LONDO agreed, "Right."  MASSEY-LOVEJOY said, "And he's getting good dope and he's getting taxed, s**t, bro', if they're both, I'm gonna go save myself some money."  LONDO said, "Right."  MASSEY-LOVEJOY said, "I'm not gonna . . . you feel me, I understand that the quality . . . " LONDO said, "But I'm thinking in his eyes."  MASSEY-LOVEJOY said, " . . . of it . . . " LONDO said, " . . . all . . . all . . . " MASSEY-LOVEJOY replied, ". . . like I understand the . . ."  LONDO said, "All he was trying to say, though, if you get better s**t, he wants to f**k with you, he's willing to pay, you know?"  MASSEY-LOVEJOY said, "Right, right, no, I . . . I get what he's saying, you feel me?  I can understand the quality and s**t but, but at the same time, like, bro', like, at the end of the day, like, you gonna go spend eight hundred [$800] dollars on ten grams [10 grams of heroin/fentanyl] or are you gonna go spend four-fifty [$450] on ten grams [ten grams of heroin/fentanyl]?"  LONDO agreed, "Right."  MASSEY-LOVEJOY said,

9

"Cause it's still good dope." LONDO said, "I see, I, I, I understand where you're coming from, dude, but in his eyes, dude, like, right now he's . . . he's not thinking right. The money is…" MASSEY-LOVEJOY said, "Right." LONDO said, "It doesn't matter how much it is." MASSEY-LOVEJOY said, "Right, I . . . I get it, I get it, I get it." LONDO said, "You know I'm saying?" MASSEY-LOVEJOY stated, "I,  I'm a be, I'm a go, I'm a go check him out here in a minute but, yeah, I'm at the crib, bro'. I ain't got no car." LONDO said, "Alright, and he'll . . . if you go . . . he'll give that twenty bucks, too, if you just go . . . if you go over there and s**t. Just tell him, like, you know, I'll, I'll call him, too, and say, 'Hey, dude, he telling me that s**t was short.'" MASSEY- LOVEJOY said, "Alright." LONDO said, "You know I'm saying? He pulled it out of his pocket and he threw it in my lap, dude, and then fu**ing . . ." MASSEY-LOVEJOY said, "Nah, 'cause, like, I don't want nobody thinking I'm on no bulls**t, bro'. You the only person." LONDO said, "No, dude . . ." MASSEY-LOVEJOY said, "Come up here." LONDO said, "I know you ain't. I know you ain't." MASSEY-LOVEJOY stated, "You and Nate the only people that I even let know where I live at, and he . . . and him 'cause he was with you." LONDO said, "I know . . . yeah, I know you ain't, I know you ain't on no bulls**t, dude." MASSEY-LOVEJOY said, "Alright, so, like, you know I mean? Like, I didn't . . . that's the only money I had in my pocket this morning, I pulled it out to count it." LONDO said, "Yeah, I, I know you ain't. Yeah, I know that, dude, for sure, for sure, for sure." MASSEY-LOVEJOY stated, "Alright, yeah, but . . ." LONDO said, "Alright?" MASSEY-LOVEJOY said, "If you want to stop by, bro', I'm here. I ain't driving." LONDO said, "I need a thirty [$30 worth of heroin/fentanyl]. I, I'll be over there, I'll call you when I'm pulling up." MASSEY-LOVEJOY said, "Alright." LONDO said, "Alright."

15.    On November 15, 2018, at approximately 9:23 a.m., MASSEY-LOVEJOY placed an outgoing call to LONDO on the telephone. During the call, LONDO said, "Hello."

MASSEY-LOVEJOY said, "My bad." LONDO said, "You're cool. Hey I got, I got, I got two people right now who want to grab, I'm telling you, look I use to hustle hard, bro." MASSEY-LOVEJOY said, "Grab em, and come to me or come to feel me so." LONDO said, "Listen, he call me earlier before I even called you. I was going to sell a cut bag [narcotics mixed with cutting agent] because, like, I really need the money, but then I got to thinking, like f**k my dude just hooked me up. He's at Fuel 57 right now waiting on me." MASSEY-LOVEJOY said, "Ah, sh**t, well, s**t, I meet both of y'all there right now." LONDO said, "Alright well um, I'm about to pull, I'm about, I'm about to pull up in a minute and then I call him see he's, "cause he's, he's all sketchy, he knows I was using again." MASSEY-LOVEJOY said, "Right." LONDO said, "He's all like, f**k, I don't know if I can trust you, buy twenty [$20 worth of narcotics] try it. If it's good I'll spend the fifty [$50 worth of narcotics], I'm like, I'm about tell him like, look dude, this don't, dude don't use just hustles. It's fire [pure/good quality narcotics]. So I'm gonna call him. I'll meet you up there. I'll call you in a minute." MASSEY-LOVEJOY said, "Ok." LONDO said, "Alright."

16.    On November 15, 2018, at approximately 10:41 a.m., MASSEY-LOVEJOY received a call from LONDO on the telephone. During the call, LOVEJOY said, "Yo." LONDO asked, "How much you said? Thirty [$30]?" MASSEY-LOVEJOY asked, "You said what? Oh, what up?" LONDO said, "He [drug customer] liked it, he wants the whole. He wants the whole gram [1 gram of heroin/fentanyl] sent me his number, so I'm 'bout to send it to you." MASSEY-LOVEJOY asked, "How much did you tell him though?" LONDO said, "I told him a hundred [$100 for a gram of heroin/fentanyl]." MASSEY-LOVEJOY said, "Alright and then um . . . I though . . . else. I'm at the, I'm at the bank, where is he at? Or you want me to meet up with him?" LONDO said, "Oh, he went all the way to . . . he is going to . . . that's why I took so long." MASSEY-LOVEJOY said, "Okay, aight." LONDO said, "And if you can hook me up

when a little bit more, dude, I, just put it in my tab, and I'll pay for it even dude, I'm just . . .
she's going to work tonight, tomorrow night and Saturday dude.  I'm a pay you what I owe you,
I promise." MASSEY-LOVEJOY said, "Alright."  LONDO said, "So . . ." MASSEY-LOVEJOY
stated, "We'll send you some out bro' like . . . "  LONDO said, "I'm a send him your way
though, I got more here, I have mad numbers bro', bunch of people [drug customers]."
MASSEY-LOVEJOY said, "Aright, come on bro', we'll work this s**t up bro'."  LONDO said,
"Alright." MASSEY-LOVEJOY said, "We'll, we'll getting to the point where . . . let me walk to
this bank bro' and then I'm a call you just tell him to, um."  LONDO said, "Alright." MASSEY-
LOVEJOY said, "Heading towards, like, two fifty-four."  LONDO replied, "Alright, I'm a send
you, I'm a send you . . . you him call you but . . ." MASSEY-LOVEJOY replied, "Okay."
LONDO said, "I'll probably ask you to deal with him bro'.  If you can add another twenty [$20
worth of heroin/fentanyl] of something dude, thirty [$30 worth of narcotics] and add it to my tab
and I'll pay you, I'll pay this weekend." MASSEY-LOVEJOY replied, "Ok."  LONDO asked,
"Alright?" MASSEY-LOVEJOY replied, "Alright."

   17. On November 15, 2018, at approximately 2:59 p.m., FELICIANO-MONTANEZ
called MASSEY-LOVEJOY on the telephone.  During the conversation, MASSEY-LOVEJOY
asked, "What's the ticket [price]?" FELICIANO-MONTANEZ replied "Uh . . . seventy-five
[$75] . . . no, I got some s**t [heroin/fentanyl] for seventy-five [$75 a gram] and I got some
good ones [pure heroin/fentanyl] for a hundred [$100 a gram]." MASSEY-LOVEJOY said,
"There you go with this hundred [$100] s**t." FELICIANO-MONTANEZ asked, "Huh?"
MASSEY-LOVEJOY replied, "There you go with this hundred [$100] s**t." FELICIANO-
MONTANEZ responded, "Ninety [$90 a gram] for you." MASSEY-LOVEJOY said, "Man,
that's your . . . man, I feel like." FELICIANO-MONTANEZ said, "You can't lose, bro'.  It is
some work, ten fifty." MASSEY-LOVEJOY said, "S**t, um . . . when are you gonna be around

my way?" FELICIANO-MONTANEZ said, "I'm 'bout to eat real quick.  I'm in the Land [Cleveland], I'm shooting straight back.  I'm dropping these car parts off.  And s**t . . . s**t, I'm hungry." MASSEY-LOVEJOY said, "Alright, call me as soon as you get by the house." FELICIANO-MONTANEZ said, "Alright." MASSEY-LOVEJOY said, "Alright."

18.     On November 16, 2018, at approximately 1:51 p.m., MASSEY LOVEJOY received a call from JONAS ISRAEL PAGAN on the telephone.  During the call, MASSEY-LOVEJOY answered, "Hello." JONAS ISRAEL PAGAN said, "Hey, what up?" MASSEY-LOVEJOY asked, "What up?"  JONAS ISRAEL PAGAN said, "Hey this is a, a, this twin, well the other twin. My brother told me to hit you up." MASSEY-LOVEJOY said, "Yeah, what's going on bro?" JONAS ISRAEL PAGAN replied, "Oh, I'm, I need, needed some s**t [heroin/fentanyl] man." MASSEY-LOVEJOY asked, "Like what?" JONAS ISRAEL PAGAN replied, "A, a ball [3.5 grams of heroin/fentanyl]." MASSEY-LOVEJOY said, "Uh, s**t.  I stay on 37th Street, bro, off of Palm." JONAS ISRAEL PAGAN said, "Oh, s**t, you around the corner from me. S**t, uh, alright I come, come from the west side to you then uh. You want me to meet you there or. MASSEY-LOVEJOY said "Yeah, 'cause I can't leave, son." JONAS ISRAEL PAGAN said, "Alright, you good. You good bro. You want to just shoot me the address?"  MASSEY-LOVEJOY said, "Yeah, I gotcha you." JONAS ISRAEL PAGAN said, "Alright, bro."

19.     On November 16, 2018, at approximately 2:15 p.m., JONAS ISRAEL PAGAN arrived at MASSEY-LOVEJOY's residence at XXXX E. 37th Street Lorain in a Buick Enclave. JONAS ISRAEL PAGAN exited the vehicle and entered into the side entrance of MASSEY-LOVEJOY's house to meet with MASSEY-LOVEJOY and complete a drug transaction.

20.     On November 16, 2018, at approximately 5:10 p.m., MASSEY-LOVEJOY received a call from JAMIE JUNIOR PAGAN on the telephone.  During the call, MASSEY-

LOVEJOY answered, "What's goodie?"  JAMIE JUNIOR PAGAN replied, "Hey, what's up buddy?"  MASSEY-LOVEJOY replied, "What's good?"  JAMIE JUNIOR PAGAN answered, "Hey, you want me . . . you want to meet up at Ace's house?  I just need a cutie [7 grams]."  MASSEY-LOVEJOY replied, "Uh, which one?"  JAMIE JUNIOR PAGAN stated, "Uh, the cooked [cocaine base, "crack"]."  MASSEY-LOVEJOY replied, "Okay . . . um . . . yeah I can do that, give me like ten minutes, I'll meet you there, I'm coming from Elyria."  JAMIE JUNIOR PAGAN replied, "I have 75 [$75] too, Matt just got out of work, my plan is to grab something to eat and then grab that from you 'cause everyone [drug customers] is blowing me up, and I literally have nothing."  MASSEY-LOVEJOY said, "Okay, I got you bro', don't worry about that, I got you."  JAMIE JUNIOR PAGAN said, "Okay then, boy . . ."

21.    On November 16, 2018, at approximately 10:31 p.m., MASSEY-LOVEJOY received a call from JONAS ISRAEL PAGAN on the telephone.  During the call, MASSEY-LOVEJOY said, "S**t, it's all bad bro.  I ain't gonna lie to you."  JONAS ISRAEL PAGAN replied "Aight."  MASSEY-LOVEJOY said, "Yeah, it's all . . . it's all bad right . . . by . . . right now bro'.  JONAS ISRAEL PAGAN replied, "Aright, you are good, you are good bro'.  I was just calling to see what's up."  MASSEY-LOVEJOY replied, "Alright."

22.    On November 16, 2018, at approximately 11:45 p.m., MASSEY-LOVEJOY received a call from PARKER on the telephone.  During the call, MASSEY-LOVEJOY answered, "Yeah."  PARKER asked, "What up with it?"  MASSEY-LOVEJOY asked, "What's going on?"  PARKER replied, "I just back to the crib.  I got more bread [money].  I should of just gave you . . . well, it would've been a whole one [1 gram of drugs] anyway but she didn't buy everything she was gonna buy, I got like a half [1/2 gram] left, little over a half [1/2 gram] on that.  So, I probably put it . . . end up giving you something.  Um . . . anyway, I got eighty [$80] for you right now, if you wanna come scoop that then only . . . s**t, I'll be damn near

14

patched up with that. And, if not, you wanna wait 'til the morning then I'll have all of it?" MASSEY-LOVEJOY replied, "Yeah, let's just wait." PARKER asked, "Like, what a dollar? Like dollar, ten [$110]?" MASSEY-LOVEJOY asked, "Huh?" PARKER clarified, "I said, 'cause . . . what, we're at like a hundred bucks, ain't it? A hundred and ten [$110]?" MASSEY-LOVEJOY replied, "One, twenty [$120]." PARKER replied, "One, twenty [$120]?" MASSEY-LOVEJOY replied, "Yeah, you gave me another 10 [$10] today." PARKER responded, "I thought I gave you 20 [$20] today." MASSEY-LOVEJOY said, "Did you?" PARKER replied, "Yeah, I did, twenty [$20]. Then we got one, thirty [$130] to one, ten [$110]." MASSEY-LOVEJOY said, "Okay, yeah, yeah, yeah." PARKER said, "Alright. So, uh . . . yeah, whatever you want to do, know I'm saying, like I said, I got eighty [$80] now or I'll give you the one, ten [$110] tomorrow." MASSEY-LOVEJOY said, "Yeah, just get with me in the morning, bro', I'm . . . I'm chilling with my son, we're sitting here fu**ing around." PARKER said, "That's what's up. Alright, once you saw, like I said, I didn't need for it to move this thing . . . bro', I'm with you on this one. You see how I did the other one." MASSEY-LOVEJOY replied, "No, you know, you gotta find motherfu**ers for that s**t, too." PARKER replied, "Right, right, but once I do, it'll be locked in just like the other, so. MASSEY-LOVEJOY said, "Alright." PARKER replied, "Alright, bro', um, I'm gonna get with you tomorrow. Good looking out for everything, man." MASSEY-LOVEJOY said, "Alright." PARKER said, "Oh, the truck's on its way here, too, by the way. Got that bitch 'til Sunday now." MASSEY-LOVEJOY said, "Okay." PARKER said, "Alright, I'm gonna get with you tomorrow, bro'." MASSEY-LOVEJOY replied, "Alright."

23.     On November 17, 2018, at approximately 5:32 p.m., MASSEY - LOVEJOY received a text message from JAMIE JUNIOR PAGAN. JAMIE JUNIOR PAGAN texted, "What's good bro, you good today or no." MASSEY-LOVEJOY replied, "Yeah." JAMIE

JUNIOR PAGAN texted, "I can be at ace house in 20 min if you wanna do that." MASSEY-LOVEJOY replied, "I'm close or we meet what u need?" JAMIE JUNIOR PAGAN texted, "Action [cocaine]… Ballie [3.5 grams of cocaine]… and ok I'm on the west about to head to hoes house." MASSEY-LOVEJOY replied, "Ok."

24.     On November 18, 2018, at approximately 10:12 p.m., MASSEY-LOVEJOY received a text message from JAMIE JUNIOR PAGAN. stating, "I'm onmy way now from Elyria be there in 10 min, what can you do for 140 [$140]." MASSEY-LOVEJOY replied, "The same." JAMIE JUNIOR PAGAN texted, "Bet good look I appreciate it, I'll be at Ave in 10 min bro… Ace." MASSEY-LOVEJOY replied, "Ok."

25.     On November 20, 2018, at approximately 3:34 p.m., FELICIANO-MONTANEZ called MASSEY-LOVEJOY on the telephone. During the call, MASSEY-LOVEJOY said, "What's goodie? FELICIANO-MONTANEZ replied, "What up with it?" MASSEY-LOVEJOY responded, "S**t, 'bout to pick my son up from daycare real quick." FELICIANO-MONTANEZ asked, "Where . . . uh, you wanted that . . . that fifty [50 grams of heroin/fentanyl]?" LOVEJOY responded, "Yeah, you know I do." FELICIANO-MONTANEZ asked, "How long did it take you, uh . . . how long would it take you to be here at my grandma's?" MASSEY-LOVEJOY replied, "To be . . . yeah, uh . . . like . . ." FELICIANO-MONTANEZ asked, "What?" MASSEY-LOVEJOY said, "Seven [7] minutes." FELICIANO-MONTANEZ stated, "I thought you had to pick your son up." MASSEY-LOVEJOY said, "I do got to pick my son up but I'm already . . . I'm 'bout to go . . . I was getting ready to head there right now, I'm passing . . . I'm past, uh . . . 254." FELICIANO-MONTANEZ said, "Just call me when you pick your son up." MASSEY-LOVEJOY said, "Okay."

26.     On November 20, 2018, at approximately 3:50 p.m., MASSEY-LOVEJOY met with FELICIANO-MONTANEZ to consummate a drug deal in front of XXXX E. 32nd Street,

Lorain, Ohio.  FELICIANO-MONTANEZ exited a black Lincoln Navigator and entered

MASSEY-LOVEJOY's silver Ford F-150 to complete the drug transaction.

27.      On November 20, 2018, at approximately 10:38 p.m., FELICIANO-MONTANEZ

called MASSEY-LOVEJOY on the telephone.  During the call, MASSEY-LOVEJOY asked,

"What up, boy?" FELICIANO-MONTANEZ replied, "What up with it?" MASSEY-LOVEJOY

responded, "S**t." FELICIANO-MONTANEZ said, "Twenty [20 grams of heroin/fentanyl]."

MASSEY-LOVEJOY asked, "Huh?"  FELICIANO-MONTANEZ replied, "You want this twenty

[twenty grams of heroin/fentanyl]?"  MASSEY-LOVEJOY said, "Uh, uh for real. No really."

FELICIANO-MONTANEZ said, "Alright."  MASSEY-LOVEJOY replied, "Why what

happened?"  FELICIANO-MONTANEZ said, "I was just . . ."  MASSEY-LOVEJOY said,

"Tomorrow for sure."  FELICIANO-MONTANEZ said, "Alright."  MASSEY-LOVEJOY

replied, "Alright."

28.      On November 21, 2018, at approximately 5:18 p.m., MASSEY-LOVEJOY

received a call from JAMIE JUNIOR PAGAN on the telephone.  During the call, JAMIE

JUNIOR PAGAN said, "Hey, what's goodie bro?  You straight?" MASSEY-LOVEJOY replied,

"Uh, on what side?" JAIME JUNIOR PAGAN replied "The action [cocaine]." MASSEY-

LOVEJOY replied, "Yeah." JAMIE JUNIOR PAGAN stated, "I need a cutie [7 grams of

cocaine]." MASSEY-LOVEJOY replied, "I got you." JAMIE JUNIOR PAGAN asked, "Want me

to meet you at Ace?"  MASSEY-LOVEJOY said, "Yep.  Yeah, that's good.  Right now I'm

already headed there."  JAIME JUNIOR PAGAN said, "Alright, cool. I'll be there in like 5

minutes." MASSEY-LOVEJOY said, "Alright."  JAIME JUNIOR PAGAN replied, "Alright,

man."

29.      On November 22, 2018, at approximately 7:10 p.m., MASSEY-LOVEJOY

received an incoming call from PARKER on the telephone.  During the call, MASSEY-

LOVEJOY said, "Yeah."  PARKER stated, "Yo, yeah, that's what I was waiting on that. He says he wants half and half [two separate narcotics] this time, know I'm saying?  Half the work [cocaine] and half the . . . [heroin/fentanyl] so all I gotta do is go pay him and then I got the truck again.  It's looking good on that truck side."  MASSEY-LOVEJOY replied, "Alright, well, I . . . s**t, I'll get with you later on then.  I'll  . . . uh, like five minutes, bro', I'll be around."  PARKER said, "Alright.  So is that cool?  Uh, what you want me to do after that?  Just go pay 'em and then you . . . you wanna use it or what?  'Cause I . . . you know I don't care, bro'."  MASSEY-LOVEJOY said, "I mean, I know that but I ain't . . . I ain't got no time for all of that, I'll just drive what I got."  PARKER replied, "Uh, alright, bro'.  Alright, yeah."

30.      On November 23, 2018, at approximately 12:22 p.m., MASSEY-LOVEJOY received a call from an unknown male inmate, identified in the call as Smooth, at the Marion Correctional Facility.  During the conversation, MASSEY-LOVEJOY began to talk about a conflict within the drug trafficking organization and that his previous drug supplier has a conflict with his prior lieutenants in the organization since they have branched off on their own.  Smooth said, "And that's what bro [previous drug supplier] don't like.  Bro really hate that."  MASSEY-LOVEJOY said, "Like hates the fact that I've been doing my own thing.  He really gonna hate it now when I turn up on this one, this s**t."  Smooth replied, "Yeah, he need these ni**as, man."  MASSEY-LOVEJOY said, "Like these ni**as [drug customers] so addicted, bro.  Like, I'm like about to come down here and feed these ni**as, habits [drug customers struggling with addiction] so motherfu**in' crazy they don't even understand it, bro."  Smooth said, "Right."  MASSEY-LOVEJOY said, "I'm like, everybody and they momma, all they want to do is pills and fu**ing.  I'm about the dog s**t [heroin/fentanyl] bro." Smooth said, "Mmm."  MASSEY-LOVEJOY said, "On my own though, like."  Smooth replied, "Yeah."

31.     On November 30, 2018, at approximately 11:57 a.m., MASSEY-LOVEJOY placed a call to PARKER on the telephone.  During the call, PARKER said, "Yo, I'm on 57." MASSEY-LOVEJOY replied, "Where you at, bro?"  PARKER said, "57 Uhaul.  We got yanked by the fu\*\*in' stupid ass Staties [State of Ohio police], but they ain't find s\*\*t.  Wrote dude a ticket though.  I couldn't be in my phone and respond. You know what I'm saying?  I was just cool."

32.     On November 30, 2018, at approximately 3:06 p.m., MASSEY-LOVEJOY received a call from FELICIANO-MONTANEZ on the telephone. FELICIANO-MONTANEZ asked, "Yo, what up, bro'?"  MASSEY-LOVEJOY asked, "What's up with it?" FELICIANO-MONTANEZ asked, "Hey, what you was tryin' to do?"  MASSEY-LOVEJOY replied, "What, on the action [cocaine]?"  FELICIANO-MONTANEZ stated, "Whatever."  MASSEY-LOVEJOY asked, "Huh?"  FELICIANO-MONTANEZ replied, "On both [heroin/fentanyl and cocaine]." MASSEY-LOVEJOY asked, "Sh . . . where you at, bitch?" FELICIANO-MONTANEZ said, "I'm on my way home from work." MASSEY-LOVEJOY said, "I'm 'bout to pull straight up to your fu\*\*ing house." FELICIANO-MONTANEZ replied, "Come on." MASSEY-LOVEJOY said, "You goddamn right I am, you motherfu\*\*ing light bastard."  FELICIANO-MONTANEZ said "Bro', what you want?" MASSEY-LOVEJOY answered, "Bro', I need whatever.  Bro', like, s\*\*t, ni\*\*a, like, ni\*\*a, I 'bout to cash out on that."  FELICIANO-MONTANEZ said, "Ni\*\*a." MASSEY-LOVEJOY said, "I'm 'bout to go . . . I'm . . . yeah, yeah, yeah, yeah.  I'm . . . you know I'm coming.  FELICIANO-MONTANEZ asked, "What, fu\*\*er?" MASSEY-LOVEJOY said, "Uh, just grab . . . just."  FELICIANO-MONTANEZ asked, "Huh? Twenty [20 grams]?" MASSEY-LOVEJOY answered, "Twenty [20 grams]."  FELICIANO-MONTANEZ confirmed, "Alright."

33.     On December 8, 2018, at approximately 12:49 p.m., FELICIANO-MONTANEZ called BABICS.  During the call, BABICS stated, "Ah, ok, my dude is . . . is gonna need a halfie [half ounce of heroin/fentanyl]." FELICIANO-MONTANEZ replied, "Alright."  BABICS replied, "Gonna get cho in about, more like about an hour, at the most. As soon as he gets it, I'm gonna need to see you." FELICIANO-MONTANEZ replied, "Alright."

34.     On December 8, 2018, at approximately 7:48 p.m., FELICIANO-MONTANEZ received a call from LEWIS.  During the call, LEWIS replied, "Oh . . . I was gonna see if you tryin' to come get me.  Man, my motherfu**in' phone is ringing right now.  It's like, mother fu**ers [drug customers] got money and s**t, but I can't get around.  Like, I'm posted up in a little spot.  I can't even get to 'em."  FELICIANO-MONTANEZ replied, "For real?"  LEWIS replied, "Yeah." FELICIANO-MONTANEZ asked, "Where you at?  LEWIS replied, "I'm in Elyria.  I'm, uh . . . in, uh . . . Park Meadows, the apartments." FELICIANO-MONTANEZ asked, "How do you, um . . . how they [drug customers] like that s**t [drugs] that you got?" LEWIS replied "Man, it's only one bitch that . . . that said she ain't like it.  And . . . and all . . . and all I did was put two and . . . two and a half [2½ parts cutting agent] on that five [5 grams of narcotics]."  FELICIANO-MONTANEZ stated "You good. That bitch trippin'."  LEWIS replied, "Yeah, I mean, ain't nobody else said nothin'.  Somebody else was like, 'Yeah, that s**t [drugs] was fire [really good drugs].' Or s**t, they . . . I mean, s**t, they buyin'.  They gettin' it though." FELICIANO-MONTANEZ asked, "Huh? What you say?" LEWIS stated, "I said, 'But yeah, s**t, they . . . they ain't nobody sayin' shit.' I'm . . . s**t. They comin' to get it so, s**t." FELICIANO-MONTANEZ replied, "Right."  LEWIS stated, "And they comin' back so I don't see nothin' wrong with it."

35.     On December 9, 2018, at approximately 5:19 p.m., MASSEY-LOVEJOY possessed 5.4 grams of a mixture containing heroin, fentanyl, and valeryl-fentanyl, a fentanyl analogue.

36.     On December 10, 2018, at approximately 11:15 a.m., FELICIANO-MONTANEZ received a call from BABICS. During the call, BABICS stated, "S**t, anything shakin' yet?" FELICIANO-MONTANEZ replied, "Hell no, what's up though? Um, what you got?" BABICS replied, "Umm. I got like a band [$1,000] on me, and then one of need to send too, so he can have a band [$1,000] on him." FELICIANO-MONTANEZ replied, "Who? Randall?" BABICS "No, hell no. Randall, Randall cool right now. He still got some forty [40 grams of narcotics] of them, thirty [30 grams] of them left. I'm trying to get some more from you." FELICIANO-MONTANEZ replied, "Alright. Alright."

37.     On December 13, 2018, at approximately 9:54 p.m., FELICIANO-MONTANEZ received a call from LEWIS. During the call, FELICIANO-MONTANEZ stated, "Hello." LEWIS replied, "Hey, I might be on my way to you. I may gonna hit this play [drug deal] real quick, and I be, I be to see you." FELICIANO-MONTANEZ asked, "Hey, what you was talking, though?" LEWIS replied, "S**t . . . Uh . . . I bringing four hundred [$400] with me. Hell, yeah." FELICIANO-MONTANEZ replied, "Aight." LEWIS asked, "Hey?" FELICIANO-MONTANEZ replied, "What up?" LEWIS stated, "I want the green ones [unknown narcotics], though, bro." FELICIANO-MONTANEZ replied, "Uh . . . I don't know bro. Hey, now come on." LEWIS replied "I got you, I'm gonna be there."

38.     On December 17, 2018, at approximately 11:41 p.m., FELICIANO-MONTANEZ called WASHINGTON. During the call, WASHINGTON stated "That one s**t, bro. I ain't . . . I ain't gonna lie." FELICIANO-MONTANEZ replied, "Alright, you're gonna have to wait." WASHINGTON replied, "Uh . . . until tomorrow?" FELICIANO-MONTANEZ stated, "Yeah."

WASHINGTON said, "Alright." FELICIANO-MONTANEZ asked, "And what you was tryin'
to do [how much drugs you want to buy]?" WASHINGTON said, "I'm tryin' to wait 'til
tomorrow, bro. I need . . . I need that." FELICIANO-MONTANEZ stated, "I told you. What you
tryin' . . .? What . . .? How much [money] you got? What you want to spend?"
WASHINGTON replied, "I want to get couple . . . I wanted to get a couple grams [grams of
narcotics] and get a couple grams fronted [receive grams of narcotics on credit] to me. I wanted
to get, like, somethin' like, five hundred, [$500] four hundred, [$400] something like that. I need
that one s**t, bro. I can't do nothin'. . . I need that, bro. That's what they want." FELICIANO-
MONTANEZ replied, "Yeah." WASHINGTON replied, "That's really the best s**t [drugs] in
the city, bro. That's where I'm makin' my s**t green, and ni**as' s**t not green." FELICIANO-
MONTANEZ stated, "The s**t I got is . . . I'm about to call you . . ."

39.     On December 17, 2018, at approximately 2:18 p.m. FELICIANO-MONTANEZ
received a call from WASHINGTON on the telephone. During the call, WASHINGTON stated,
"Listen, I got with my people, right, and they want . . . You hear me? That . . . You hear me?
That . . . that . . . that . . . that first demo [sample of heroin/fentanyl]. FELICIANO-
MONTANEZ asked, "What did they say about that demo?" WASHINGTON stated, "Uh . . .
they told you. They want that first demo, and I ain't touch it [dilute the sample with cut]."
FELICIANO-MONTANEZ stated, "Alright, but . . . alright." WASHINGTON asked, "Huh?"
FELICIANO-MONTANEZ stated, "Tomorrow." WASHINGTON stated, "Alright, but listen
though. Well, what did you do, ni**a?" FELICIANO-MONTANEZ replied, "Yeah. I'm just
runnin' around, takin' care of a couple things." WASHINGTON stated, "Well, I . . . I needed
that demonstration, yo." FELICIANO-MONTANEZ replied, "Oh, yeah . . . yeah . . . yeah . . .
yeah. You're in the west?" WASHINGTON stated, "No, I'm right . . . I'm at my momma house,

uh . . . right down the street." FELICIANO-MONTANEZ stated, "I'm about to call him right now."

40.     On December 19, 2018, at approximately 5:45 p.m., FELICIANO-MONTANEZ received a call from WASHINGTON. During the call, FELICIANO-MONTANEZ stated, "Hello." WASHINGTON replied, "Hello, what's up my baby?" FELICIANO-MONTANEZ asked, "What up with it?" WASHINGTON asked, "What you into?" FELICIANO-MONTANEZ replied, "S**t, out the way." WASHINGTON asked, "Huh?" FELICIANO-MONTANEZ replied, "Out the way." WASHINGTON replied, "Oh, okay. Why you ain't here with me, baby?" FELICIANO-MONTANEZ replied, "I ain't make it happen [re-supply of drugs]." WASHINGTON replied, "Aight." FELICIANO-MONTANEZ replied, "I ain't make it happen, yet." WASHINGTON asked, "Aight, when you, when you, when you think, you gonna make it happen?" FELICIANO-MONTANEZ replied, "It's about to happen, when it happen you'll be the first one I call." WASHINGTON replied, "Aight."

41.     On December 20, 2018, a person cooperating with law enforcement [hereinafter referred to as "Source 8"] met BABICS in the area of XXX S. Leona Street, Elyria, Ohio. During the meeting, BABICS sold Source 8, 1.4 grams of heroin/fentanyl and 1.2 grams of cocaine base "crack" for $200.

42.     On December 20, 2018, at approximately 7:07 p.m., FELICIANO-MONTANEZ received a call from WASHINGTON. During the call, FELICIANO-MONTANEZ asked, "What you wanted?" WASHINGTON replied, "Uh . . . Uh . . . two [2 ounces of heroin/fentanyl], right now." FELICIANO-MONTANEZ asked, "Where you at?" WASHINGTON replied, "I'm on 57."

43.     On December 20, 2018, at approximately 7:32 p.m., WASHINGTON met with FELICIANO-MONTANEZ at XXX W. 10th Street to consummate a drug transaction.

WASHINGTON arrived in a Dodge Ram and approached FELICIANO-MONTANEZ's Chevy Tahoe. WASHINGTON met with FELICIANO-MONTANEZ on the passenger side of the vehicle. After the meet, WASHINGTON returned to the Dodge Ram and left the area.

44.     On December 21, 2018, at approximately 5:40 p.m., FELICIANO-MONTANEZ received a call from LEWIS. During the call, FELICIANO-MONTANEZ stated, "Yo." LEWIS asked, "What's goodie?" FELICIANO-MONTANEZ asked, "What up with it?" LEWIS replied, "S**t, you ready for me?" FELICIANO-MONTANEZ replied, "I got some good s**t [heroin/fentanyl], you can come grab. Nah, I'm about to get it together, though." LEWIS stated, "Hey? You hear me?" FELICIANO-MONTANEZ replied, "What up?" LEWIS stated, "I'm about to, look, I'm about to bring you, I'm about to bring you the four [$400] I owe you, right?" FELICIANO-MONTANEZ replied, "Yeah." LEWIS replied, "And, I'm gonna bring, uh . . . I'm gonna bring three hundred [$300] more with it, is seven hundred [$700], right?" FELICIANO-MONTANEZ replied, "Yeah." LEWIS stated, "But, you, look, right, man, make sure, that s**t is, is, is the same s**t as last time, right?" FELICIANO-MONTANEZ replied, "I got you, bro." LEWIS stated, "For real, 'cause, got me hip to your ass." FELICIANO-MONTANEZ replied, "Yeah, listen, bro, I got you." LEWIS replied, "For sure, say no more, let me know when you ready."

45.     On December 21, 2018, at approximately 6:05 p.m., FELICIANO-MONTANEZ received a call from LEWIS. During the call, FELICIANO-MONTANEZ stated, "Yo." LEWIS replied, "Hey, I'm about to, uh . . . be on my way that way, uh . . . you want me to pull up out there?" FELICIANO-MONTANEZ replied "I aint got nothing but like three [3 grams of narcotics]." LEWIS replied, "S**t, if they, if they, if they official s**t, let me come get 'em?" FELICIANO-MONTANEZ stated, "You can come get them, come on." LEWIS replied, "Aight, my ride just pulling up, so I'm on my way. You, you on 10th?"

46.     On December 22, 2018, at approximately 1:41 p.m., FELICIANO-MONTANEZ received a call from BABICS.  During the call, FELICIANO-MONTANEZ asked, "What up with it?"  BABICS asked, "You ready for 'em?"  FELICIANO-MONTANEZ replied, "No, not yet."  BABICS stated, "Oh, I wanted to change."  BABICS stated, "Yeah, 'cause I got . . . still got five [$500] right here, and then I got some other people [drug customers] that got, like, three [$300] or four [$400] too.  FELICIANO-MONTANEZ replied, "Alright."

47.     On December 24, 2018, at approximately 4:10 p.m., FELICIANO-MONTANEZ received a call from BABICS.  During the call, BABICS stated, "Oh, oh, I was just tryin' to check and see if you running about and all this so I can.  I wanna take a lot of people's money out too so I turn it into 9 bands [$9,000] or something." FELICIANO-MONTANEZ replied "Nah, bro."

48.     On December 26, 2018, at approximately 5:24 p.m., FELICIANO-MONTANEZ received a call from BABICS.  During the call, FELICIANO-MONTANEZ asked, "Hey, whachu, wha, what did you owe me?"  BABICS stated, "Three [$300]."  FELICIANO-MONTANEZ replied, "I need it."  BABICS replied, "Yeah."  FELICIANO-MONTANEZ stated, "Tryin' to get a hold of my people [drug customers] right now."  BABICS stated, "Mm, yeah, I hope so, down to the nitty gritty."  FELICIANO-MONTANEZ replied, "Alright, alright." BABICS replied, "Yeah, man I got with that Christmas money.  Yeah, please, please, please as soon as, let me know."  FELICIANO-MONTANEZ replied, "Alright, I'm about to let you know in like twenty minutes."  BABICS replied, "Alright, yeah, 'cause I gotta, I gotta come call people too, uh, you know I'm saying?  I got them, drop the bread [money] off to me, so."

49.     On December 29, 2018, at approximately 12:17 p.m., FELICIANO-MONTANEZ received a call from BABICS.  During the call, BABICS stated, "Alright, well, call me as soon as you get yourself up.  I mean . . . at least . . . So, everything's still good?"  FELICIANO-

25

MONTANEZ replied, "Mm, I gotta get some more today."  BABICS replied, "Okay, well, if you can, do it as soon as possible 'cause I got somebody that wants ten [10 grams of heroin/fentanyl] and I got their bread [money] almost.  Like, two hundred [$200] short, a hundred and fifty [$150] short, somethin' like that right now.  But I have people callin' me."  FELICIANO-MONTANEZ replied, "Alright."  BABICS asked, "What are you thinkin'?  Like . . . they're bringing in, like, two hours, fifteen hundred [$1500]."  FELICIANO-MONTANEZ replied, "Alright."  BABICS asked, "Hey, you want me to do this?  You want me to get his money first and then give it to you?"

50.     On December 29, 2018, at approximately 6:48 p.m., FELICIANO-MONTANEZ called BABICS on the telephone.  During the call, FELICIANO-MONTANEZ asked, "Uh . . . So you say you got two . . . sixty [$260], and, we gonna be what, at what?"  BABICS replied, "Yeah."  FELICIANO-MONTANEZ asked, "What we're gonna be at?"  BABICS stated, "Uh . . . like fifteen [$1500] . . . two, fifty [$250] and then we'll be at fifteen [$1500] . . . 'cause I gave you seven fifty [$750], right?  So fifty [$50] will make eight [$800], two [$200] will make eleven [$1100] . . . or ten [$1000].  And I owe you fifteen [$1500], I owe you . . . I'll owe you fifteen [$1500]."  FELICIANO-MONTANEZ replied, "Alright, bet. Yeah, I gotchu"

51.     On December 29, 2018, at approximately 4:40 p.m., FELICIANO-MONTANEZ placed a call to MELENDEZ-PEREZ, on the telephone.  During the call, MELENDEZ-PEREZ answered, "Yo."  FELICIANO-MONTANEZ said, "Bro', where you at?"  MELENDEZ-PEREZ said, "Hello."  FELICIANO-MONTANEZ said, "Yo."  MELENDEZ-PEREZ replied, "Yo."  FELICIANO-MONTANEZ asked, "Where you at?"  MELENDEZ-PEREZ replied, "I'm, I'm close by.  Where you at?  I ain't going to . . . I'm going."  FELICIANO-MONTANEZ said, "I'm leaving my, I'm leaving my mom's."  MELENDEZ-PEREZ said, "Aight, hey."  FELICIANO-MONTANEZ replied, "Yo."  MELENDEZ-PEREZ asked, "Whatchu said the ticket [price]

was?" FELICIANO-MONTANEZ asked, "What?"  MELENDEZ-PEREZ asked, "What was the

ticket?" FELICIANO-MONTANEZ said, "Ten, fifty [$10,500 for 125 grams of

heroin/fentanyl]." MELENDEZ-PEREZ said, "Aight." FELICIANO-MONTANEZ said,

"Aight."

52.      On January 2, 2019, at approximately 3:35 p.m., FELICIANO-MONTANEZ

received a call from MELENDEZ-PEREZ, on the telephone.  During the call, FELICIANO-

MONTANEZ said, "Hello."  MELENDEZ-PEREZ said, "Yo."  FELICIANO-MONTANEZ

asked, "What up?"  MELENDEZ-PEREZ said, "What up, bro'?"  FELICIANO-MONTANEZ

asked, "Who this?"  MELENDEZ-PEREZ replied "This BEBO man."  FELICIANO-

MONTANEZ asked, "Who?"  MELENDEZ-PEREZ clarified, "BEBO."  FELICIANO-

MONTANEZ said, "Oh, what's up, bro'?"  MELENDEZ-PEREZ asked, "What up, bro?"

FELICIANO-MONTANEZ said, "S**t, I've been waiting . . ."  MELENDEZ-PEREZ said, "You

. . ." FELICIANO-MONTANEZ said, "On you to call."  MELENDEZ-PEREZ asked, "You

ready on that?"  FELICIANO-MONTANEZ said, "Hell, yeah."  MELENDEZ-PEREZ said,

"Alright, I'm 'bout to . . . "I'm a be ready too, I'm 'bout to head out there."  FELICIANO-

MONTANEZ said, "I'm coming back from the Bus [Columbus, Ohio] right now."

MELENDEZ-PEREZ said, "You . . . oh, you, you coming from the Bus to the, to the "L"

[Lorain, Ohio]?"  FELICIANO-MONTANEZ stated, "Yeah, and I'm 'bout to shoot right back

tonight."  MELENDEZ-PEREZ asked, "So when you gonna get to the L [Lorain, Ohio]? When

you . . ." FELICIANO-MONTANEZ said, "Yeah."  MELENDEZ-PEREZ asked, ". . . gonna get

to the city?"  FELICIANO-MONTANEZ said, "Uh . . . like six o'clock [6:00], 'cause I gotta

drop this, uh, I gotta swap this car out . . . at Enterprise at five, thirty [5:30] and then I'll be free

to meet you."  MELENDEZ-PEREZ said, "Alright, alright."  FELICIANO-MONTANEZ said,

"Hey, what up though? What it's looking like?  Hello?"  MELENDEZ-PEREZ replied, "I

gotchu, but I gotchu.  The other three [300 grams of heroin/fentanyl] tomorrow but I gotchu

today on something." FELICIANO-MONTANEZ replied, "Alright, cool.  Yeah, see what's up

with like two [200 grams of heroin/fentanyl] if anything." MELENDEZ-PEREZ said, "Uh,

that's cool." FELICIANO-MONTANEZ said, "Alright." MELENDEZ-PEREZ stated, "Alright,

I'll see you after six [6:00 p.m.]." FELICIANO-MONTANEZ replied, "Alright."

53.    On January 3, 2019, at approximately 10:43 a.m., FELICIANO-MONTANEZ

received a call from BABICS.  During the call, BABICS stated, "I'm, I'm right here at uh, on

Belle Avenue, 'cuz I got, I got five hundred [$500] for you right now. But I can take you all of

it."

54.    On January 8, 2019, at approximately 10:47 p.m., MELENDEZ-PEREZ, received

a call from JIMINEZ-RODRIGUEZ.  During the call, JIMINEZ-RODRIGUEZ asked, "Did you

go get those ten thousand [$10,000] bucks?" MELENDEZ-PEREZ replied, "I'm going to, going

to see that guy now." JIMINEZ-RODRIGUEZ replied, "Well, he, this one asked me to call

you." MELENDEZ-PEREZ replied "Yes, he sent me.  I'm going to see him now. Tell him I'll

call him.  I'll call him after I talk to this guy." JIMINEZ-RODRIGUEZ replied, "Well, I'm going

to send him a message because he can't get the phone where he is." MELENDEZ-PEREZ

replied, "Okay, then, alright."

55.    On January 15, 2019, a person cooperating with law enforcement [hereinafter

referred to as "Source 7"] met FELICIANO-MONTANEZ in the area of Homewood Drive and

Grove Avenue.  FELICIANO-MONTANEZ and Source 7 traveled to XXXX Meister Road,

Lorain, Ohio.  During the meet, FELICIANO-MONTANEZ sold Source 7 9.98 grams of a

mixture containing 6-monoacetylmorphine, heroin and fentanyl for $900.

56.    On January 18, 2019, at approximately 11:12 a.m., MELENDEZ-PEREZ,

received a call from JIMINEZ-RODRIGUEZ on telephone.  During the call, JIMINEZ-

RODRIGUEZ stated, "They gonna be, the guy [drug customer] has three hundred dollars [$300] for some coke [cocaine], but he's not answering." MELENDEZ-PEREZ replied, "That he wanted a few chickens [ounces of cocaine]?" JIMINEZ-RODRIGUEZ replied, "Yes." MELENDEZ-PEREZ asked, "How many?" JIMINEZ-RODRIGUEZ replied, "Damn, well, he has three hundred dollar [$300]. Like around three hundred dollars [$300]." MELENDEZ-PEREZ stated, "That they have two hundred dollars [$200] right now?" JIMINEZ-RODRIGUEZ stated, "Three, three hundred dollars [$300]." MELENDEZ-PEREZ asked, "Right now?" JIMINEZ-PEREZ replied, "Yes."

57.     On January 18, 2019, at approximately 11:36 a.m., MELENDEZ-PEREZ, called JIMINEZ-RODRIGUEZ on the telephone. During the call, MELENDEZ-PEREZ asked, "Crazy man, do you have the money already?" JIMINEZ-RODRIGUEZ replied, "Yes." MELENDEZ-PEREZ replied, "Alright, okay, this one is not here and is not answering either. I'm going to, I'll be heading over to you shortly." JIMINEZ-RODRIGUEZ replied, "Okay, how much, how much is that in birds [grams of cocaine]?" MELENDEZ-PEREZ asked, "That in birds? If you have . . ." JIMINEZ-RODRIGUEZ replied, "Mm-hum." MELENDEZ-PEREZ replied, "For real, for real, it's . . . I give them for three [$300]. When it's like this, I give them, I give those seven [7 grams] for three and a half [$350]. From twenty-five [$250] to three and a half [$350], because they ordered, they ordered, well, when they're like that, they are seven [7 grams of cocaine] when they order . . ." JIMINEZ-RODRIGUEZ replied, "Mm-hum." MELENDEZ-PEREZ replied, "Three hundred and fifty [$350], three hundred [$300], three hundred and fifty [$350] is seven birds [7 grams]." JIMINEZ-RODRIGUEZ replied, "Okay. Then call me with that. It's okay. The one time, this crazy man gave me eight [8] birds, cheap, but if that's all there is, that's it." MELENDEZ-PEREZ replied "No, no, what, what, what, what?" JIMINEZ-RODRIGUEZ replied, "Well, that the other day, FEO [ROBLES-CRUZ] gave me eight [8 grams of cocaine]

birds for that much, but if that's all there is, that's it. I'll tell him." MELENDEZ-PEREZ replied, "No, no, no, that's what it is, that's what it is. That's not, that's how much they are. I'm not fooling anyone, that's how much they are. That's what it is." JIMINEZ-RODRIGUEZ replied, "No, take it easy. Uh, huh, uh, huh." MELENDEZ-PEREZ replied, "Well, if you think about it, if you add seven [7 grams] more that makes a half [half ounce of cocaine], right?" JIMINEZ-RODRIGUEZ replied, "Mm-hum." MELENDEZ-PEREZ replied, "Okay, fourteen [14 grams] would be a half [half ounce of cocaine] for three hundred [$300], so you that and you would get what, six hundred [$600]?" JIMINEZ-RODRIGUEZ replied, "Mm-hum." MELENDEZ-PEREZ replied, "Well, okay. But alright." JIMINEZ-RODRIGUEZ stated, "It's okay." MELENDEZ-PEREZ replied, "I'm, I'm, I'm on my way there. Alright."

58. On January 18, 2019, at approximately 5:06 pm., CESAR FRANCISCO MELENDEZ-PEREZ called JIMINEZ-RODRIGUEZ on the telephone. During the conversation, JIMINEZ-RODRIGUEZ stated, "Hey, well, call me if anything, whenever, you come down here." MELENDEZ replied, "Alright then. Alright, all set." JIMINEZ-RODRIGUEZ stated, "That way . . . or talk to that guy and tell him to send me the eight birdies [8 grams of cocaine] or something." MELENDEZ-PEREZ replied, "Alright, all set."

59. On January 18, 2019, at approximately 10:52 p.m., MELENDEZ-PEREZ, called JIMINEZ-RODRIGUEZ on the telephone. During the call, MELENDEZ-PEREZ stated, "Nothing, just here. I have to make a deal really quick. Um, did you resolve . . . what happened with that thing? Did you get rid of that?" JIMINEZ-RODRIGUEZ replied, "No, no, I have not gotten rid of that. I'm just home chilling. No one has called me." MELENDEZ-PEREZ replied, "Oh, where is that stuff?" JIMINEZ-RODRIGUEZ said, "Remember that, remember . . . no, no, they're at my house. Christian has that over there he's the one who would get them for me." MELENDEZ-PEREZ stated, "But . . . fu**er, what you need to do is . . . you know what you

can. You should never tell them who you work with. That has to be . . . he has to go . . . you have to give him the thing, and he has to go with you. You understand?" JIMINEZ-RODRIGUEZ replied, "Uh-huh." MELENDEZ-PEREZ asked, "You understand? Because that it is called 'brincar el charco' [stepping over someone]. If I knew that, if I knew that I would've told you that you have to be clear with the guy. When it's something like that, if he is going to do that, he has to give you the money. You understand? That's already separate deal. You understand?" JIMINEZ-RODRIGUEZ replied, "Uh-huh." MELENDEZ-PEREZ stated, "Because you are with us. You understand? And it's like you gave him the green light so he can deal directly. You understand?" JIMINEZ-RODRIGUEZ replied, "Exactly." MELENDEZ-PEREZ replied, "When it's like that, then he already knows, and knows the price, but we met him through you anyway. You know? So, ultimately whatever you say goes." JIMINEZ-RODRIGUEZ replied, "No, absolutely. No worries." MELENDEZ-PEREZ replied, "In the future, in the future, nobody, because if he ever does that to me at some point, I'll beat his ass, if he's asking for things like that. You understand? But whatever way it was, it's your fault, Abel." JIMINEZ-RODRIGUEZ replied, "No, but what I, what I was that." MELENDEZ-PEREZ replied, "Didn't I tell you . . . I have it clear, I have it clear. For the next one, you know." JIMINEZ-RODRIGUEZ replied, "I told him today that he, because I called you so you could bring him three-hundred [$300] of that, because he works hard and he's the manager there, so it was supposed to be half and half for him." MELENDEZ-PEREZ replied, "Hm . . ." JIMINEZ-RODRIGUEZ replied, "And what he did was get a gram [gram of a narcotic] ready to . . . " MELENDEZ-PEREZ replied, "Yeah, to go up, and that's what he did to go up. To go up. What I'm going to do is, the only thing . . . I'm going to make a quick deal and . . ."

60. On January 19, 2019, a person cooperating with law enforcement [hereinafter referred to as "Source 7"] met FELICIANO-MONTANEZ in the area of Homewood Drive and

Grove Avenue. FELICIANO-MONTANEZ and Source 7 traveled to XXXX Meister Road, Lorain, Ohio. During the meet, FELICIANO-MONTANEZ sold Source 7 9.95 grams of a mixture containing 6-monoacetylmorphine, heroin, and fentanyl for $900.

61.     On January 21, 2019, at approximately 5:32 p.m., MELENDEZ-PEREZ called KOVACH on the telephone. During the call, MELENDEZ-PEREZ stated, "I was out here. I just came back from the south. I'll say no more. Yeah . . . so." KOVACH asked, "What we looking like?" MELENDEZ-PEREZ asked, "Huh?" KOVACH asked, "What we looking like?" MELENDEZ-PEREZ replied, "It's, it's, it's losing it, it's losing, it's losing it." KOVACH asked, "What you got?" MELENDEZ-PEREZ replied, "That s**t to Mo's s**t. I'm just tired. Why? What's up?" KOVACH asked, "You said we on?" MELENDEZ-PEREZ replied, "Yeah, yeah. Alright, um . . ." KOVACH asked, "What's ticket? [price]." MELENDEZ-PEREZ replied, "Um . . . ten [$1,000 for an ounce of cocaine] um . . . I'm still dealing um . . . ten [$1,000], fifteen [$1,500] 'till I get the other pack [aka 9 pack or 9 ounces of narcotics], the other pack, I'm going all the way. It's a small deal, deal, deal. Oh, Bill, I had to drive out take that loss too." MELENDEZ-PEREZ replied, "You on that s**t too." KOVACH replied, "Aight. I'm at the um . . ." KOVACH replied, "I'm about to make couple calls again. Call back soon, so I may put an order in." MELENDEZ-PEREZ replied, "Alright bro'."

62.     On January 22, 2019, at approximately 4:51 p.m., MELENDEZ-PEREZ called EDWARDS on the telephone. During the call, EDWARDS stated, "I'm gonna need you later." MELENDEZ-PEREZ replied, "Alright, for sure. What's the order in [how much drugs you need]?" EDWARDS replied, "S**t! I need one [1 ounce of heroin/fentanyl] I know I'm a need one. I don't know what's up with Mo. He gonna call you. He gonna talk to you."

63.     On January 22, 2019, at approximately 11:02 p.m., MELENDEZ-PEREZ, called KOVACH on the telephone. During the call, KOVACH asked, "I'm on the, I'm getting, I'm, tell

me I gotta get . . . how many I gotta get um . . . to bring it down to the band [$1,000]."
MELENDEZ-PEREZ replied, "Um, you get, you get um, get um, like five [5 ounces of cocaine]
or six [6 ounces of cocaine]." KOVACH asked, "Huh?" MELENDEZ-PEREZ replied, "Six,
six, get six. Six should be." KOVACH asked, "Six"? MELENDEZ-PEREZ replied, "Yes."
MELENDEZ-PEREZ asked, "You got five? Get me five." KOVACH replied, "I really don't
got, we don't got, I got like . . . like three some [$3,000]." MELENDEZ-PEREZ replied, "I got
you." MELENDEZ-PEREZ asked, "Why, why? You wanna go early in the morning, tomorrow?
Everybody says it's fogged." KOVACH replied, "Alright, um, just make sure you got, you gotta,
um, you gotta see me, you gotta see me early in the morning, man." MELENDEZ-PEREZ said,
"I got my, I'm a see you early. I got you. It's going to be icy and my tires, but then my tires. I'm
gonna be over there tomorrow early." KOVACH replied, "I got you bro'." MELENDEZ-
PEREZ replied, "What time you want me to be there?" KOVACH replied, "You ain't know, you
ain't. "You ain't know where I can come to?" MELENDEZ-PEREZ replied, "Yo', I'm far."
KOVACH replied, "Oh cool, oh cool." MELENDEZ-PEREZ replied, "You're not gonna come,
you're not gonna come, you're not gonna drive all the way down to this." KOVACH replied
"F**k, oh yeah. I ain't, I ain't getting out much." MELENDEZ-PEREZ asked, "What, what,
what time?" KOVACH replied, "Oh s**t, I won't be, I won't be up, man." MELENDEZ-
PEREZ replied, "No, tell me what time?" KOVACH replied, "Just be here 'bout then, be here by
noon, then. One [1:00 p.m.] o'clock for sure." MELENDEZ-PEREZ replied, "Alright, how
many, three [3 ounces of cocaine]?" KOVACH replied, "Yeah, bring me some drop too, man!
Bring me some drop, man!" MELENDEZ-PEREZ said, "I got but two [2 ounces of cocaine]!
But . . ." KOVACH replied, "If you don't bring me some drop, I'm dropping you, big fa**ot."

64.     On January 22, 2019, at approximately 4:51 p.m., MELENDEZ-PEREZ called
EDWARDS on the telephone. During the call, MELENDEZ-PEREZ stated, "I'm around, I'm

33

around the area.  I had to, I was gonna go, I was gonna go pick up some cash real quick.  Why? What's going on?"  EDWARDS replied, "I'm gonna need you later."  MELENDEZ-PEREZ replied, "Alright, for sure. What's the order in?"  EDWARDS replied "S**t! I need one [1 ounce of drugs], one, one. I know I'm a need one. I don't know what's up with Mo.  He gonna call you. He gonna talk to you."

65.     On January 23, 2019, at approximately 3:27 p.m., MELENDEZ-PEREZ called KOVACH on the telephone.  During the call, MELENDEZ-PEREZ stated, "Getting up, um . . . I'm going to start heading that way in a little bit.  I'm taking a shower and get my s**t [drugs]." KOVACH stated, "Alright, uh, and make sure you keep two [2 ounces of cocaine], uh, keep two [2 ounces of cocaine] on standby, man.  For . . ."  MELENDEZ-PEREZ replied, "On standby?" KOVACH stated, "Yeah, keep two"  MELENDEZ-PEREZ replied, "Alright."  KOVACH replied, "On stand by. I wanna make sure that something go right."

66.     On January 23, 2019, at approximately 6:20 p.m., KOVACH called MELENDEZ-PEREZ on the telephone.  During the call, MELENDEZ-PEREZ stated, "Hello?" KOVACH asked, "Where you at?"  MELENDEZ-PEREZ replied, "Already, I'm, I'm. I'm passing . . . The only thing I did, I brought that, that, that one [1 ounce of cocaine] for you. That, that, what I owe."  KOVACH replied, "You said?  Say it again?"  MELENDEZ-PEREZ replied, "What I got is what I owe. What I owe."  KOVACH replied, "Oh."  MELENDEZ-PEREZ replied, "I'll be there like in, um, give me like . . ."  KOVACH asked, "You don't got the, you don't got the other two [2 ounces of cocaine]?"  MELENDEZ-PEREZ replied, "No, I called you."  KOVACH replied, "What you mean? I, I texted you. You said, you said, "Yes or no".  I said, "Yeah!"  MELENDEZ-PEREZ replied, "The other two [2 ounces of cocaine] are at the house, man. F**k!  I got them for you."  KOVACH replied, "You know what? Look, aight.

34

Look, aight, look, look, look, look, look, look, just, you know what? Just bring me what you . . . just bring me what you got for me right now then. 'Cause I need something. I don't got nothing."

67.     On January 23, 2019, at approximately 6:23 p.m., MELENDEZ-PEREZ called KOVACH on the telephone. During the call, MELENDEZ-PEREZ asked, "Yo, you want me to, after dropping this off, damn, man! You want me to go back home and get it?" KOVACH replied, "I'm saying if you can." MELENDEZ-PEREZ replied, "Man, I'm, I'm, I'm a do it for you, bro." KOVACH replied, "Look, but look, but look, but look. I ain't trying to put too much on you. I can wait until tomorrow, though, but I need something like right now, though." MELENDEZ-PEREZ replied, "I got you. I, I, I got you. I . . ." KOVACH replied "That's what. No, I'm saying, like, um, you ain't gotta rush and go get, go back and go get it today. I'm still gonna want it tomorrow, though too. You know what I'm saying, but I need three [3 ounces of cocaine], something just right now just to hold me. What you got for me that you owe me, it'll hold me off until tomorrow." MELENDEZ-PEREZ replied "Alright."

68.     On January 23, 2019, at approximately 5:08 p.m., MELENDEZ-PEREZ called EDWARDS on the telephone. During the call, EDWARDS stated, "I need that one [1 ounce of drugs]." MELENDEZ-PEREZ replied, "Right now? I'm about to go right now. I'm, I'm doing like, like, I'm, I'm almost um . . . I gotta take off. Um, you want me to go? I'm leaving the house right now." EDWARDS replied, "I'm on the east side." MELENDEZ-PEREZ asked, "Well, I mean, where on the east?" EDWARDS replied, "I'm on the east side, off of uh, s\*\*t! By the McDonald's." MELENDEZ-PEREZ replied, "Aight, I'm on my way. I'll call you when I'm around there."

69.     On January 24, 2019, at approximately 2:38 p.m. MELENDEZ-PEREZ received a call from ROBLES-CRUZ. During the call, ROBLES-CRUZ asked, "Listen, is all that s\*\*t gone?" MELENDEZ-PEREZ replied, "What?" ROBLES-CRUZ asked, "Is all that s\*\*t gone?"

MELENDEZ-PEREZ replied, "Yep, yep, yep, yep, yep, yep, yep, yep." ROBLES-CRUZ stated, "Because I needed half [1/2 ounce of cocaine] to sell it to my friend." MELENDEZ-PEREZ replied, "Oh yeah, alright, alright. Check the basement. What we had, those three [3 ounces of cocaine] little ten [10 grams of cocaine] were from, but I think yeah, yep." ROBLES-CRUZ replied "Yeah, but that's not enough." MELENDEZ-PEREZ stated, "No, it's not enough". ROBLES-CRUZ asked, "What's the other one? Are they gone?" MELENDEZ-PEREZ replied, "Yeah." ROBLES-CRUZ asked, "Huh?" MELENDEZ-PEREZ replied, "Yes, well I'm telling you, yes."

70.    On January 24, 2019, at approximately 2:42 p.m., MELENDEZ-PEREZ received a call from ROBLES-CRUZ. During the call, ROBLES-CRUZ asked, "Hey, where the hell did you tell me it was?" MELENDEZ-PEREZ replied, "What I'm telling you is that they are almost like eleven [11 ounces] or ten [10 ounces] chickens [ounces of cocaine]." ROBLES-CRUZ asked, "Where at?" MELENDEZ-PEREZ replied, "In the cabinet. In, as if you were going down, um . . . oh God! To the left, on the right of the cabinet on the first one, you'll see some." ROBLES-CRUZ asked, "In which one?" MELENDEZ-PEREZ replied, "The left one. In the right one. There are some of my boxers, where my boxers are, there." ROBLES-CRUZ replied, "Alright."

71.    On January 28, 2019, at approximately 6:54 p.m., MELENDEZ-PEREZ, called KOVACH on the telephone. During the call, MELENDEZ-PEREZ stated, "Um, I got um . . . Let, let, let me um . . . You about to be. I got something good. Look, you grab, you grab ten [10 ounce], ten [10 ounces], right?" KOVACH replied, "Uh-huh." MELENDEZ-PEREZ replied, "Them ten [10] bands [$10,000], you get fifteen [$15,000]. KOVACH said, "Hmm . . ." MELENDEZ-PEREZ said, "You heard that?" MELENDEZ-PEREZ said, "Get ten [10 ounces of cocaine], spend ten [$10,000], and, and, and you get fifteen [$15,000]. So, that's like five

36

thousand [$5,000]." KOVACH replied, "Well, um, is they um . . . " MELENDEZ-PEREZ

replied, "They are official [high quality cocaine]. It's gonna . . ." KOVACH replied, "Hey, look.

'Cause, 'cause, 'cause 'cause this, this one dude that be, uh, that be, that be trying to get on me,

he kind of getting a, a nice little amount. He don't be wanting, he don't be wanting, he don't be

wanting them all, in it like that uh, like all that shake s**t. He be wanting, he be wanting some

chunk [cocaine base "crack"] and s**t." MELENDEZ-PEREZ replied, "Yeah, some chunk.

That, that was that, that was that pack [known as a 9 pack or 9 ounces of cocaine]. That was that

pack. Remember that s**t. That was that pack. But it, it, it . . ." MELENDEZ-PEREZ replied,

"Yeah, it was that pack how it came.  It was that pack and then I'm not gonna, I'm not gonna

touch that pack 'cause then, then if I end up doing that . . . hold on.  Let me put my girls inside

real quick.  And then if I end up doing that, then they see the, like, the, and they'll be like, 'it just

got fu**ed with,' so I left it like that. I was like, so, there shouldn't be no pattern. You feel me."

KOVACH replied, "Yeah."  MELENDEZ-PEREZ asked, "You feel me?  Nothing like that

'cause I know these . . . I, I don't wanna talk, I don't wanna talk, I don't wanna talk business, but I

already put in a lot of money, a lot, a lot of money in it, but um . . . but on, on, on that one demo

[narcotics sample], on that one demo [narcotics sample], like I was saying, umm . . . I got it like

that on the ten [10 ounces], ten, ten."  KOVACH replied, "Yeah, I, I might, I might have to hop

over there.  Let me, um, let me put some s**t together. Let me call you back. I'm gonna have to

get that."

72.      On January 29, 2019, at approximately 3:31 p.m. MELENDEZ-PEREZ called

ROBLES-CRUZ on the telephone.  During the call, ROBLES-CRUZ stated, "Twenty-one five

[$21,500] and twenty-one seven [$21,700].  That's how much they are going for down there right

now [price for a kilogram of cocaine in Florida], and I asked this other dude and he gave me the

real price. That's how much they are going for around there."  MELENDEZ-PEREZ replied,

"Uh, oh God. Uh, so, so, so what do you, what do you want to do?" ROBLES-CRUZ replied, "What do I want to do about what?" MELENDEZ-PEREZ stated, "No, are you going to get that one started?" ROBLES-CRUZ replied, "I don't know. Yes." MELENDEZ-PEREZ asked, "Is that going to take too long? So, if that's the case, then I can come up with something here now." ROBLES-CRUZ replied, "The what?" MELENDEZ-PEREZ stated, "To do that thing with the money, if that's really going to take a while. Is it going to take long with what they were going to give you?" ROBLES-CRUZ replied, "That's what I'm telling you. They haven't told me anything. I don't know. I'll be later." MELENDEZ-PEREZ asked, "Huh?" ROBLES-CRUZ stated, "We're going to have to do that one, what else can we do? This other guy from yesterday hasn't told me anything about the other thing. So, he told me that next week for sure he should be ready to give me some, but he was going to. His buddy has seven [7 kilograms] stored in Florida and he'll see what to do. If not, he said he will be coming to us next week, regardless and it will happen. He told me two [2 kilograms] and three [3 kilograms] at a time." MELENDEZ-PEREZ replied, "So, so should I deal with the money then? What's today? Well, um, tomorrow." ROBLES-CRUZ stated, "Man, everything is going to be at a halt tomorrow." MELENDEZ-PEREZ replied, "Oh God! Thanks to the f**king cold!" ROBLES-CRUZ replied, "That's what's going on, because of the snow, everything will be at a halt tomorrow." MELENDEZ-PEREZ replied, "It will all be at a halt. Everything is going to be at a halt on Thursday. Man, that's an airplane, that's the weather from up there. That's going to be a bitch." ROBLES-CRUZ replied, "Yeah, so you have to, we have to . . . well, I don't know. If he gets them like that, then I don't know. We're going to have to do that on Thursday. Man, or it will be until next week."

73.     On January 29, 2019, at approximately 4:22 p.m., MELENDEZ-PEREZ called FREDDIE SANCHEZ on the telephone. During the call, SANCHEZ asked, "What's going on?"

MELENDEZ-PEREZ said, "S\*\*t, s\*\*t!  Just wanted to talk to you, and see if you was interested on selling dep [unknown narcotics], just so you can get your money out quick as f\*\*k."  SANCHEZ said, "S\*\*t, they, they ain't like them last five [quantity of 5 of an unknown narcotic] 'cause them last five you gave me wasn't no good, man."  MELENDEZ-PEREZ said, "For me it was no good, but it's, it's not even, it's not even, it's not even. Anyway, we, we, we could talk that's if you're interested."  SANCHEZ replied, "Well, look. I'm about to get off of work, man, and I'll call you when I get off."  MELENDEZ-PEREZ replied, "Aight."  SANCHEZ said, "Aight, aight."

74.     On January 29, 2019, at approximately 5:42 p.m., MELENDEZ-PEREZ called ROBLES-CRUZ on the telephone.  During the call, MELENDEZ-PEREZ stated, "Hey, call someone and tell them that they want twelve [12 ounces of cocaine]."  ROBLES-CRUZ asked, "What's that?"  MELENDEZ-PEREZ replied, "A person that wants twelve [12 ounces of cocaine] of that onion."  ROBLES-CRUZ stated, "Twelve of that s\*\*t."  MELENDEZ-PEREZ replied, "Yes."  ROBLES-CRUZ replied, "Well, but . . . let me send him a because this fa\*\*ot . . . F\*\*k! They have them there, but how the hell."  MELENDEZ-PEREZ asked, "Where?"  ROBLES-CRUZ replied, "They're at the O. Orlando. That trip is fu\*\*ing hard."  MELENDEZ-PEREZ replied, "Anyway, it's alright. Leave that here for me, then."  ROBLES-CRUZ replied, "What he says, because these days are really going to f\*\*k us up."  MELENDEZ-PEREZ stated, "That's exactly what I . . ."  ROBLES-CRUZ replied, "That s\*\*t is really going to screw us over these couple of days.  This is going to be on standby until Thursday, and even then things are not going to be good because Friday and Saturday. We'll just have to wait until next week to see if."  MELENDEZ-PEREZ replied, "Alright, I'll call you back."

75.     On January 29, 2019, at approximately 5:45 p.m., MELENDEZ-PEREZ called ROBLES-CRUZ on the telephone.  During the call, MELENDEZ-PEREZ stated, "Hey, what

about for half of a cake [half a kilogram of cocaine] right now. Call Cejon." ROBLES-CRUZ replied, "I was going to call you right now. That fu\*\*er call . . ." MELENDEZ-PEREZ stated, "Check that out because they want a half right [half kilogram of cocaine] now, right now. They are bugging me, bro." ROBLES-CRUZ stated, "Half [1/2 kilogram of cocaine] or one [1 kilogram of cocaine] or . . ." MELENDEZ-PEREZ replied, "No, right now, right now, right now the other one, the one that I told him about the other stuff for the ten [10 kilos] and ten [10 kilos] um, that one already took off, already left because he couldn't wait any longer. But, right now I have this one asking for a half [1/2 kilogram] for right now and wants to know how much the ticket [price] is right now." ROBLES-CRUZ replied, "Let me call him. I was about to call him right now."

76.     On January 29, 2019, at approximately 5:51 p.m., MELENDEZ-PEREZ called FREDDIE SANCHEZ on the telephone. During the call, MELENDEZ-PEREZ asked, "Hey, um, um, um . . . are you good? You goodie?" SANCHEZ replied, "Yeah, I'm good right now." MELENDEZ-PEREZ asked, "Alright, well, well, well, well, I, I might need, I might need. How, how good? I might need you. I need you for real." SANCHEZ said, "Oh. I, s\*\*t. I got a, I got a few right now." MELENDEZ-PEREZ said, "They, they official?" SANCHEZ said, "But I could . . . yeah, but I could call somebody right now and see what's up." MELENDEZ-PEREZ said, "And what, what's the ticket [the price for the narcotics]?" SANCHEZ replied, "S\*\*t! It, it, I, I don't know 'cause I ain't f\*\*ked with him in a minute, 'cause I've been having, I been fu\*\*ing with the same s\*\*t I've been having." MELENDEZ-PEREZ said, "Um, um, um, um, um, um, um...call, call right now and, and call, call me right back." SANCHEZ replied, "Aight, aight, aight."

77.     On January 29, 2019, at approximately 5:58 p.m., MELENDEZ-PEREZ called FREDDIE SANCHEZ on the telephone. During the call, SANCHEZ stated, "S\*\*t! He ain't

answering right now, but they gonna call me back." MELENDEZ-PEREZ said, "Well, aight,

aight, and, and, and, and you got nothing to go or let go? Or, or you . . ." SANCHEZ asked,

"Hello?" MELENDEZ-PEREZ said, "Hello." SANCHEZ asked, "What you said?"

MELENDEZ-PEREZ asked, "You don't got nothing to let go on, on, on, your side right now?"

SANCHEZ said, "Hell no, 'cause if he ain't answering, I don't wanna let go what I got.  It might

be slow for me."  MELENDEZ-PEREZ said, "Aight."  SANCHEZ said, But, um . . ."

MELENDEZ replied, "Yeah."  SANCHEZ stated, "Uh, he gonna call me back.  He usually does,

he usually don't answer any, anyway.  He usually calls me back in like, twenty [20] minutes or

so."  MELENDEZ-PEREZ said, "Aight, aight, aight, aight. aight, aight."  SANCHEZ replied,

"Alright. I'll, I'll call you back, though."

78.    On January 29, 2019, at approximately 6:06 p.m., MELENDEZ-PEREZ called

KOVACH on the telephone.  During the call, MELENDEZ-PEREZ stated, "Yo, called my, my,

my ni\*\*a got a couple, it's only eleven [$1,100].  Dude, he just called me now. The ticket, the

ni\*\*a that I just, uh, was talking to, they want sell me the ticket. Got a couple for eleven

[$1,100]." KOVACH replied, "This is quite a hassle. You said you I only want of you, the idea.

I think you should have said . . ." MELENDEZ-PEREZ replied, "No, he didn't say, he didn't say

how many he wanted. He didn't say.  He knew how to get a, and we got a couple for eleven

[$1,100]. KOVACH replied, "Oh yeah, uh, get me. I'll take two [2 ounces of cocaine] then."

MELENDEZ-PEREZ replied, "I'm a call him right now."

79.    On January 29, 2019, at approximately 7:04 p.m., MELENDEZ-PEREZ called

KOVACH on the telephone.  During the call, MELENDEZ-PEREZ stated, "Yeah, that s\*\*t was,

that, that, that, that, that s\*\*t was bulls\*\*t [bad drugs], bro." KOVACH replied, "Oh, it ain't

cool?" MELENDEZ-PEREZ replied, "Yeah, that, that, that s\*\*t was bullshit. I, I, I, I go, I went

to grab it, and I went, and thank God I looked at it in the car, 'cause I gave him the money.  It, it,

it was bulls**t. I'm about to leave, I'm about to leave like around um, I'm about to leave like around, so I'll just get there in the mor, in the, in the morning, if you wanna go and, and get that, if you wanna put twenty-five hundred [$2,500] and out of that twenty-five [$2,500] hundred, I gonna give you three [3 ounce] bags, just to look out on you on that." KOVACH replied, "Yeah, um . . ." MELENDEZ-PEREZ asked, "You wanna do that? That's what I'm, that, that, that, that's you if you want to, but I'll give you three [3 ounce] bags on top of it." KOVACH replied, "Tell me exactly, tell me exactly, and just tell me exactly the numbers you just said again, said again." MELENDEZ-PEREZ replied, "Aight. You give me, you give me twenty-five [$2,500], remember how I told you, you give me twenty-five [$2,500] you give me, you give me, you give me twenty- five, right [$2,500]? Twenty-five [$2,500]. I said three [3 ounces], my fault. I'll give you two [2 ounces] on top of it, on top of that. That's the most I can do." KOVACH replied, "Okay, okay, okay, yeah. Get two [2 ounces of cocaine], give twenty-five [$2,500] and I get two on top of that." MELENDEZ-PEREZ replied, "Yeah, on top of that. Just so I can help you out a little." KOVACH replied, "So, um . . ." MELENDEZ-PEREZ replied, "That's helping you, you see, I'm helping you. Just trying to help you out." KOVACH replied, "So, what is that? Is that, is that, that's four [4 ounces of cocaine], that's four?" MELENDEZ-PEREZ replied, "Yeah, you give me, give me twenty for . . . that's four. Basically, twenty-five [$2,500] is all you gave me, but out of that, you gave me a one and a half [1.5 ounces of cocaine] more on top of it." KOVACH replied, "That, that's three [3 ounces of cocaine], that's three, that's three and a half [3.5 ounces of cocaine] or that's four [4 ounces of cocaine]?" MELENDEZ-PEREZ replied, "Twenty-five [$2,500]. Look, you give me twenty-five [$2,500], you give me twenty-five and I'll give you two [2 ounces of cocaine] on top or two on top of that twenty-five [$2,500]. So, I'm giving you, I, I, I'm giving you a half, yeah. I'm, I'm, I'm, I'm . . ." KOVACH replied, "Oh so,

42

yeah, so, so, so, so so, so it's four [4 ounces of cocaine] yeah, it's four then." MELENDEZ-PEREZ replied, "Yeah, four." KOVACH replied "Yeah. Alright.

80.    On January 29, 2019, at approximately 8:46 p.m., MELENDEZ-PEREZ called ROBLES-CRUZ on the telephone. During the call, MELENDEZ-PEREZ stated "Come down here." ROBLES-CRUZ replied, "Yes, I'm . . ." MELENDEZ-PEREZ stated, "They need, they need to do that. They need the last one. Come down here. What do you mean, no?" ROBLES-CRUZ replied, "Uh . . ." MELENDEZ-PEREZ replied, "You heard me?" ROBLES-CRUZ replied "What? Bebo." MELENDEZ-PEREZ replied, "The, the, the, that thing I left there. I need you to bring it to me down here." ROBLES-CRUZ asked, "But, but all of it?" MELENDEZ-PEREZ replied, "Well, the two [2 ounces], the three [3 ounces] of those, of those things, they already sold. I'm not going to be able to go there with so little, but I can. Go down there." ROBLES-CRUZ asked, "Is it bad?" MELENDEZ-PEREZ replied, "Is waiting. It's, it's, it's a, it's a little bad, but I don't have to give much. It crossed my mind."

81.    On January 29, 2019, at approximately 10:41 p.m., MELENDEZ-PEREZ called ROBLES-CRUZ on the telephone. During the call, MELENDEZ-PEREZ asked, "Hello. What did they tell you?" ROBLES-CRUZ stated, "Nothing. I was, I was calling the one with the thing, but he told me that he grabbed it and will let me know tomorrow. He told me that the guy had some." MELENDEZ-PEREZ replied, "Okay." ROBLES-CRUZ stated, "And that's the one that told me about the twenty-five [25]." MELENDEZ-PEREZ replied, "Okay, well, I already have these on standby until tomorrow, and what about the other side, will we have to wait for that as well?" ROBLES-CRUZ replied, "Yes. I'm waiting for another call from this dude to see if they give me something. That they have like seven [7]." MELENDEZ-PEREZ asked, "But is that from, is that from the same round." ROBLES-CRUZ replied, "It's not from the same one, but it's the same. I think it's going to be the same thing." MELENDEZ-PEREZ asked, "No, but is that

43

how we were . . . it's just that you're trying . . . is that for my mission or for . . ." ROBLES-CRUZ replied, "No, no, the one mission is the same one and the other one is about the same, but they're going for thirty [30]." MELENDEZ-PEREZ replied, "Even better. From those thirty [30], we can get . . ." MELENDEZ-PEREZ stated, "It's ten [10], it's ten [10]." ROBLES-CRUZ replied, "But you know those people . . ." MELENDEZ-PEREZ stated, "It's ten [10]. It's okay with those ten [10]." MELENDEZ-PEREZ stated, "From those ten [10], from those ten [10] what we're going to do is check for and everything." ROBLES-CRUZ stated, "Those people are going to put two and three [2 kilograms and 3 kilograms of cocaine]." MELENDEZ-PEREZ replied "Alright, then." ROBLES-CRUZ stated, "That's what I'm telling you. That's it." MELENDEZ-PEREZ replied "From those two [2 kilograms] and three [3 kilograms], if they give us three [3 kilograms] . . ."

82.    On January 31, 2019, at approximately 4:54 p.m., MELENDEZ-PEREZ called ROBLES-CRUZ on the telephone. During the call, ROBLES-CRUZ stated, "One [1 ounce] or half [1/2 ounce]?" MELENDEZ-PEREZ asked, "What?" ROBLES-CRUZ replied "One [1 ounce] or half [1/2 ounce]?" MELENDEZ-PEREZ replied, "One [1 ounce], one [1 ounce]." ROBLES-CRUZ replied, "I don't understand." MELENDEZ-PEREZ replied, "One [1 ounce], one [1 ounce], one [1 ounce], one [1 ounce], one [1 ounce]." ROBLES-CRUZ replied, "Yes, I know, I know, I know, I know, I know, I know, I know."

83.    On or about January 31, 2019, WASHINGTON possessed 4.58 grams of fentanyl, 3.69 grams of cocaine, and a Springfield XD9 9mm caliber handgun, serial number S3797442 and ammunition in Lorain, Ohio.

84.    On February 3, 2019, at approximately 10:11 p.m., MELENDEZ-PEREZ called FREDDIE SANCHEZ on the telephone. During the call, SANCHEZ stated, "S**t! You ever come across that?" MELENDEZ-PEREZ said, "What? No, I'm already, I'm already, I'm on

route back. I'm already, I'm already, I'm, I'm already established." SANCHEZ said, "Oh okay, okay, okay." MELENDEZ-PEREZ replied, "Yeah, I was, I was waiting for your call." SANCHEZ said, "Yeah, them ni**as motherfu**ers never called me back." MELENDEZ-PEREZ said, "Oh, yeah, I had to go to, yes. If you, if, if whatever just hit me up. I ain't gonna be back like, until like five hours from now. Five hours from now, so . . ." SANCHEZ said, "I better save s**t [narcotics]. I know, I know one of my ni**as is trying to touch basis right now too, so . . . s**t. If not, you want me to tell him wait 'til tomorrow?" MELENDEZ-PEREZ said, "Yeah, yeah, yep, yep, yep, yep, yep." SANCHEZ replied, "Alright, I'll let him know." MELENDEZ-PEREZ said, "Alright, alright." SANCHEZ replied, "Alright."

85.    On February 15, 2019, A.C. [a person known to the Grand Jury, but not charged herein] possessed 23.96 grams of fentanyl and $1,885 in U.S. Currency at XXXX E. 33rd Street, Lorain, Ohio.

86.    On February 15, 2019, KOVACH possessed a Kahr CT 380 pistol, serial number CAA6545), THC cartridges, marijuana, and drug paraphernalia at XXXX E. 33rd Street, Lorain, Ohio.

87.    On March 12, 2019, at approximately 7:00 a.m., FELICIANO-MONTANEZ possessed 122.17 grams of a mixture containing heroin and fentanyl at his residence located at XXXX Meister Road, Lorain, Ohio.

88.    On March 12, 2019, MASSEY-LOVEJOY possessed 29.43 grams of a mixture containing heroin and fentanyl at his residence located at XXXX E. 37th Street, Lorain, Ohio.

89.    On March 21, 2019, at approximately 12:20 p.m., FREDDIE SANCHEZ possessed of 8.36 grams of cocaine and cocaine base ("crack") and 7.87 grams of heroin.

90.     On April 1, 2019, at approximately 6:51 p.m., MELENDEZ-PEREZ possessed

87.7 grams of cocaine and a loaded Diamondback Firearms 9mm handgun, serial number

YJ8083, and ammunition.

91.     On April 1, 2019, at approximately 10:00 p.m., ROBLES-CRUZ and

MELENDEZ-PEREZ possessed $6,020 cash and drug paraphernalia at XXXXX Dove Ave.

Cleveland, Ohio.

92.     On June 3, 2019, a person cooperating with law enforcement [hereinafter referred

to as "Source 10"] met LEWIS in Elyria, Ohio.  During the meeting, LEWIS sold Source 10 a

quantity of fentanyl.

93.     On June 4, 2019, Source 10 met LEWIS in Elyria, Ohio.  During the meeting,

LEWIS sold Source 10 a quantity of fentanyl.

94.     On June 5, 2019, Source 10 met LEWIS in Elyria, Ohio.  During the meeting,

LEWIS sold Source 10 a quantity of fentanyl.

95.     On June 5, 2019, LEWIS possessed approximately 13 grams of cocaine base

("crack"), 14 grams of fentanyl, a Glock Model 23, .40 caliber pistol with a loaded 22-round

extended magazine, bearing serial number SBK010, and $1,470 at his residence located at

XXXX West River Rd. N., Elyria, Ohio.

All in violation of Title 21, United States Code, Section 846.

COUNT 2
(Distribution of Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

96.     On or about August 8, 2018, in the Northern District of Ohio, Eastern Division,

Defendant RAMON FELICIANO-MONTANEZ, aka MON, did knowingly and intentionally

distribute approximately .6 grams of a mixture and substance containing a detectable amount of

fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code,

Sections 841(a)(1) and (b)(1)(C).

COUNT 3
(Distribution of Heroin and Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

97.    On or about September 19, 2018, in the Northern District of Ohio, Eastern

Division, Defendant JOHN THOMAS MASSEY-LOVEJOY, aka FAT JOHN, did knowingly and

intentionally distribute approximately 14.9 grams of a mixture and substance containing a

detectable amount of heroin, a Schedule I controlled substance, and fentanyl, a Schedule II

controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and

(b)(1)(C).

COUNT 4
(Distribution of Heroin and Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

98.    On or about October 1, 2018, in the Northern District of Ohio, Eastern Division,

Defendant JOHN THOMAS MASSEY-LOVEJOY, aka FAT JOHN, did knowingly and

intentionally distribute approximately 31.9 grams of a mixture and substance containing a

detectable amount of heroin, a Schedule I controlled substance, and fentanyl, a Schedule II

controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and

(b)(1)(C).

## COUNT 5
(Possession with Intent to Distribute Heroin, Fentanyl, and Valery-Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

99.     On or about December 9, 2018, in the Northern District of Ohio, Eastern Division, Defendant JOHN THOMAS MASSEY-LOVEJOY, aka FAT JOHN, did knowingly and intentionally possess with intent to distribute approximately 5.4 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, fentanyl, a Schedule II controlled substance, and valeryl-fentanyl, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 6
(Distribution of Heroin and Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

100.     On or about December 20, 2018, in the Northern District of Ohio, Eastern Division, Defendant BRYCE A. BABICS did knowingly and intentionally distribute approximately 1.4 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 7
(Distribution of Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

101.     On or about December 20, 2018, in the Northern District of Ohio, Eastern Division, Defendant BRYCE A. BABICS did knowingly and intentionally distribute approximately 1.2 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 8
(Distribution of Heroin and Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

102.    On or about January, 15, 2019, in the Northern District of Ohio, Eastern Division, Defendant RAMON FELICIANO-MONTANEZ, aka MON, did knowingly and intentionally distribute approximately 9.98 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 9
(Distribution of Heroin and Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

103.    On or about January 19, 2019, in the Northern District of Ohio, Eastern Division, RAMON FELICIANO-MONTANEZ, aka MON, did knowingly and intentionally distribute approximately 9.95 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 10
(Possession with Intent to Distribute Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

104.    On or about January 31, 2019, in the Northern District of Ohio, Eastern Division, Defendant ANTHONY MALIK WASHINGTON, aka WAX, did knowingly and intentionally possess with intent to distribute approximately 4.58 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 11
(Possession with Intent to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

105.    On or about January 31, 2019, in the Northern District of Ohio, Eastern Division, Defendant ANTHONY MALIK WASHINGTON, aka WAX, did knowingly and intentionally possess with intent to distribute approximately 3.69 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 12
(Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1))

The Grand Jury further charges:

106.    On or about January 31, 2019, in the Northern District of Ohio, Eastern Division, Defendant ANTHONY MALIK WASHINGTON, aka WAX, possessed a firearm and ammunition, to wit: a Springfield XD9 9mm caliber handgun, serial number S3797442 having been previously convicted of multiple crimes punishable by imprisonment for a term exceeding one year, those being: Trafficking in Drugs, a felony in the 3rd degree, Case Number 16CR094420, on or about December 19, 2016; Trafficking in Drugs, a felony in the 3rd degree, Case Number 16CR094906, on or about December 19, 2016; and Domestic Violence, a felony in the 4th degree, Case Number 13CR087213, on or about July 16, 2014, all in the Lorain County Court of Common Pleas, and so did knowingly, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 13
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C.
§§ 924(c)(1)(A) and (c)(1)(A)(i))

The Grand Jury further charges:

107.     On or about January 31, 2019, in the Northern District of Ohio, Eastern Division,

Defendant ANTHONY MALIK WASHINGTON, aka WAX, did knowingly possess a firearm, to

wit: a Springfield XD9, 9mm caliber handgun, serial number S3797442, in furtherance of a drug

trafficking crime, for which said defendant may be prosecuted in a court of the United States,

that is, Conspiracy to Possess with Intent to Distribute and Distribution of Controlled

Substances, in violation of Title 21, United States Code, Section 846, as charged in Count 1 of

this Superseding Indictment, and Possession with Intent to Distribute Fentanyl and Cocaine, in

violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), as charged in Counts

10 and 11 of this Superseding Indictment, in violation of Title 18, United States Code, Section

924(c)(1)(A), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 14
(Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1))

The Grand Jury further charges:

108.     On or about February 15, 2019, in the Northern District of Ohio, Eastern

Division, Defendant CHRISTOPHER ANTHONY KOVACH possessed a firearm and

ammunition, to wit: a Kahr CT380, .380 caliber handgun, serial number CAA6545, and

ammunition, having been previously convicted of a crime punishable by imprisonment for a term

exceeding one year, that being: Felonious Assault, a felony in the 2nd degree, Case Number

2008CR0291, Marion County Common Pleas Court, on or about October 9, 2008, and did so

knowingly, said firearm and ammunition having been shipped and transported in interstate

commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 15
(Possession with Intent to Distribute Heroin and Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

109.    On or about March 12, 2019, in the Northern District of Ohio, Eastern Division, Defendant RAMON FELICIANO-MONTANEZ, aka MON, did knowingly and intentionally possess with the intent to distribute approximately 122.17 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 16
(Possession with Intent to Distribute Heroin and Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

110.    On or about March 12, 2019, in the Northern District of Ohio, Eastern Division, Defendant JOHN THOMAS MASSEY-LOVEJOY, aka FAT JOHN, did knowingly and intentionally possess with intent to distribute approximately 29.43 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 17
(Possession with Intent to Distribute Heroin, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

111.    On or about March 21, 2019, in the Northern District of Ohio, Eastern Division,
Defendant FREDDIE SANCHEZ did knowingly and intentionally possess with intent to
distribute approximately 7.87 grams of a mixture and substance containing a detectable amount
of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code,
Sections 841(a)(1) and (b)(1)(C).

COUNT 18
(Possession with Intent to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

112.    On or about March 21, 2019, in the Northern District of Ohio, Eastern Division,
Defendant FREDDIE SANCHEZ did knowingly and intentionally possess with intent to
distribute approximately 4 grams of a mixture and substance containing a detectable amount of
cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections
841(a)(1) and (b)(1)(C).

COUNT 19
(Possession with Intent to Distribute Cocaine Base ("Crack"), 21 U.S.C. §§ 841(a)(1) and
(b)(1)(C))

The Grand Jury further charges:

113.    On or about March 21, 2019, in the Northern District of Ohio, Eastern Division,
Defendant FREDDIE SANCHEZ did knowingly and intentionally possess with intent to
distribute approximately 4 grams of a mixture and substance containing a detectable amount of
cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States
Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 20
(Possession with Intent to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

114.    On or about April 1, 2019, in the Northern District of Ohio, Eastern Division,

Defendant CESAR FRANCISCO MELENDEZ-PEREZ, aka BEBO, did knowingly and

intentionally possess with intent to distribute approximately 87.7 grams of a mixture and

substance containing a detectable amount of cocaine, a Schedule II controlled substance, in

violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 21
(Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1))

The Grand Jury further charges:

115.    On or about April 1, 2019, in the Northern District of Ohio, Eastern Division,

Defendant CESAR FRANCISCO MELENDEZ-PEREZ, aka BEBO, possessed a firearm and

ammunition, to wit: a loaded Diamondback Firearms, 9mm handgun, serial number YJ8083, and

ammunition, having been previously convicted of a crime punishable by imprisonment for a term

exceeding one year, that being: Domestic Violence, a felony in the 3rd degree, Case Number

16CR093897, Lorain County Common Pleas Court, on or about May 9, 2016, and did so

knowingly, said firearm and ammunition having been shipped and transported in interstate

commerce, in violation of Title 18, United States Code, Section 922(g)(1).

COUNT 22
(Distribution of Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

116.    On or about June 3, 2019, in the Northern District of Ohio, Eastern Division,

Defendant TOBY CLIFTON LEWIS did knowingly and intentionally distribute a mixture and

substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 23
(Distribution of Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

117.    On or about June 4, 2019, in the Northern District of Ohio, Eastern Division, Defendant TOBY CLIFTON LEWIS did knowingly and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 24
(Distribution of Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

118.    On or about June 5, 2019, in the Northern District of Ohio, Eastern Division, Defendant TOBY CLIFTON LEWIS did knowingly and intentionally distribute a detectable amount of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 25
(Possession with Intent to Distribute Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

119.    On or about June 5, 2019, in the Northern District of Ohio, Eastern Division, Defendant TOBY CLIFTON LEWIS did knowingly and intentionally possess with intent to distribute approximately 13 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 26
(Possession with Intent to Distribute Cocaine Base ("Crack"), 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

120.　On or about June 5, 2019, in the Northern District of Ohio, Eastern Division, Defendant TOBY CLIFTON LEWIS did knowingly and intentionally possess with intent to distribute approximately 14 grams of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 27
(Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1))

The Grand Jury further charges:

121.　On or about June 5, 2019, in the Northern District of Ohio, Eastern Division, Defendant TOBY CLIFTON LEWIS possessed a firearm and ammunition, to wit:  a Glock Model 23, .40 caliber pistol with a loaded 22-round extended magazine, bearing serial number SBK010, having been previously convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Illegal Conveyance of Drugs of Abuse onto the Grounds of a Specified Government Facility, a felony of the 4th degree, and Possession of Drugs, a felony in the 4th degree, Case Number 13CR087985, Lorain County Common Pleas Court, on or about June 24, 2014, and Engaging in a Pattern of Corrupt Activity with a Firearm Specification, a felony in the 2nd degree, Having a Weapon Under a Disability, a felony in the 3rd degree, and Domestic Violence, a felony in the 3rd degree, Case Number 14CR089621, Lorain County Common Pleas Court, on or about October 8, 2014, and did so knowingly, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

COUNT 28
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)<br>and (c)(1)(A)(i))

The Grand Jury further charges:

122.    On or about June 5, 2019, in the Northern District of Ohio, Eastern Division,

Defendant TOBY CLIFTON LEWIS did knowingly possess a firearm in furtherance of a drug

trafficking crime, for which said defendant may be prosecuted in a court of the United States,

that is, Conspiracy to Possess with Intent to Distribute and Distribution of Controlled

Substances, in violation of Title 21, United States Code, Section 846 as charged in Count 1 of

this Superseding Indictment, and Possession with Intent to Distribute Cocaine Base ("Crack")

and Fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), as

charged in Counts 25 and 26 of this Superseding Indictment, in violation of Title 18, United

States Code, Section 924(c)(1)(A), and punishable under Title 18, United States Code, Section

924(c)(1)(A)(i).

COUNTS 29-43
(Use of a Communications Facility to Facilitate a Felony Drug Offense, 21 U.S.C. § 843(b))

The Grand Jury further charges:

123.    On or about the dates and approximate times listed below, in the Northern District

of Ohio, Eastern Division, and elsewhere, the defendants listed below did knowingly and

intentionally use a communication facility, to wit: a telephone, to facilitate acts constituting a

felony under Title 21, United States Code, Section 846:

| Count | Defendants | Date | Time |
|---|---|---|---|
| 29 | JOHN THOMAS MASSEY-LOVEJOY, aka FAT JOHN<br>JAMIE JUNIOR PAGAN | November 6, 2018 | 10:09 p.m. |
| 30 | JOHN THOMAS MASSEY-LOVEJOY, aka FAT JOHN<br>THOMAS M.  PARKER | November 8, 2018 | 9:53 p.m. |

57

| 31 | JOHN THOMAS MASSEY-LOVEJOY, aka FAT JOHN RICKY DALTON LONDO | November 13, 2018 | 9:42 p.m. |
|----|----|----|----|
| 32 | JOHN THOMAS MASSEY-LOVEJOY, aka FAT JOHN JONAS ISRAEL PAGAN | November 16, 2018 | 1:51 p.m. |
| 33 | JOHN THOMAS MASSEY-LOVEJOY, aka FAT JOHN JAMIE JUNIOR PAGAN | November 16, 2018 | 5:10 p.m. |
| 34 | JOHN THOMAS MASSEY-LOVEJOY, aka FAT JOHN RAMON FELICIANO-MONTANEZ, aka MON | November 20, 2018 | 3:34 p.m. |
| 35 | RAMON  FELICIANO-MONTANEZ, aka MON BRYCE  A. BABICS, | December 10, 2018 | 11:15 a.m. |
| 36 | RAMON FELICIANO-MONTANEZ, aka MON TOBY CLIFTON LEWIS | December 13, 2018 | 9:54 p.m. |
| 37 | RAMON FELICIANO-MONTANEZ, aka MON ANTHONY MALIK WASHINGTON, aka WAX | December 20, 2018 | 7:07 p.m. |
| 38 | RAMON FELICIANO-MONTANEZ, aka MON CESAR FRANCISCO MELENDEZ-PEREZ, aka BEBO | January 2, 2019 | 3:35 p.m. |
| 39 | CESAR FRANCISCO MELENDEZ-PEREZ, aka BEBO ERICK JIMINEZ-RODRIGUEZ, aka ABEL | January 18, 2019 | 11:12 a.m. |
| 40 | CESAR FRANCIS MELENDEZ-PEREZ, aka BEBO CHRISTOPHER ANTHONY  KOVACH | January 21, 2019 | 5:32 p.m. |
| 41 | CESAR FRANCISCO MELENDEZ-PEREZ aka BEBO PRINCETON LEE EDWARDS, aka PRINCE | January 22, 2019 | 4:51 p.m. |
| 42 | CESAR FRANCISCO MELENDEZ-PEREZ, aka BEBO XAVIER ROBLES-CRUZ, aka FEO | January 24, 2019 | 2:38 p.m. |
| 43 | CESAR FRANCISCO MELENDEZ-PEREZ, aka BEBO FREDDIE SANCHEZ | January 29, 2019 | 4:22 p.m. |

All in violation of Title 21, United States Code, Section 843(b).

FORFEITURE

The Grand Jury further charges:

For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 43, inclusive, are incorporated herein by reference. As a result of the foregoing offenses Defendants CESAR FRANCISCO MELENDEZ-PEREZ, aka BEBO, ERICK JIMINEZ-RODRIGUEZ, aka ABEL, XAVIER ROBLES-CRUZ aka FEO, FREDDIE SANCHEZ, RAMON FELICIANO-MONTANEZ, aka MON, PRINCETON LEE EDWARDS, aka PRINCE, ANTHONY MALIK WASHINGTON, aka WAX, JOHN THOMAS MASSEY-LOVEJOY, aka FAT JOHN, CHRISTOPHER ANTHONY KOVACK, JONAS ISRAEL PAGAN, JAMIE JUNIOR PAGAN, THOMAS M. PARKER, RICKY DALTON LONDO, BRYCE BABICS, and TOBY CLIFTON LEWIS, shall forfeit to the United States any and all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of such violations; any and all of their property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations; and, any and all property (including firearms and ammunition) involved in or used in the commission of such violations; including, but not limited to, the following:

    a.      Diamondback Firearms, 9mm handgun, serial number #YJ8083, and ammunition;

    b.      $6,020 in U.S. currency;

    c.      $1,885 in U.S. currency;

    d.      Kahr CT380, .380 caliber handgun, serial number # CAA6545, and ammunition;

    e.      Springfield XD9, 9mm handgun, serial number #S3797442;

f.      $1,470 in U.S. currency; and

g.      Glock Model 23, .40 caliber pistol with a loaded 22-round extended magazine, bearing serial number SBK010.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.